# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11643 ([__])<br><br>Tax I.D. No. 87-3764229 |
| In re:<br><br>GRIFFEY MIDCO (DE), LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11644 ([__])<br><br>Tax I.D. No. 46-1077122 |
| In re:<br><br>ABE INVESTMENT HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11645 ([__])<br><br>Tax I.D. No. 26-2885107 |
| In re:<br><br>GETTY IMAGES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11646 ([__])<br><br>Tax I.D. No. 98-0177556 |
| In re:<br><br>GETTY IMAGES NEWS SERVICES (PRC), INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11647 ([__])<br><br>Tax I.D. No. 42-1651847 |
| In re:<br><br>GETTY IMAGES (US), INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11648 ([__])<br><br>Tax I.D. No. 13-2808819 |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GETTY IMAGES (SEATTLE), INC., | ) | |
| | ) | Case No. 26-11649 ([__]) |
| Debtor. | ) | |
| | ) | Tax I.D. No. 91-1546863 |
| | ) | |

**ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 under the docket for Debtor Getty Images Holdings, Inc., Case No. 26-11643 ([__]).

4. The caption for all pleadings filed in these chapter 11 cases shall read substantially as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 ([__]) |
| Debtors. | ) | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

5. The foregoing consolidated caption fully satisfies the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(o).

6. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Getty Images Holdings, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of Getty Images Holdings, Inc., Case No. 26-11643 ([__]); Griffey Midco (DE), LLC, Case No. 26-11644 ([__]); Abe Investment Holdings, Inc., Case No. 26-11645 ([__]); Getty Images, Inc., Case No. 26-11646 ([__]);Getty Images News Services (PRC), Inc., Case No. 26-11647 ([__]); Getty Images (US), Inc., Case No. 26-11648 ([__]); and Getty Images (Seattle), Inc., Case No. 26-11649 ([__]). The docket in Case No. 26-11643 ([__]) should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in and all further docket entries shall be made on the docket of Getty Images Holdings, Inc., Case No. 26-11643 ([__]).

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

8. Nothing in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors or parties of interest to seek entry of an order substantively consolidating these cases.

9. The notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Local Rule 9013-1(m) are satisfied.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in the chapter 11 case of each of the Debtors.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.