gettyimages®

# Exhibit C

## Cash Management System Schematic

