# **Exhibit C**

## **Insurance Policies**

| **Type of Policy Coverage** | **Insurance Carrier(s)** | **Policy Number** | **Policy Term** | **Approximate Annualized Gross Premium** |
|---|---|---|---|---|
| AUTO: BUSINESS AUTO LIABILITY | GREAT NORTHERN INSURANCE CO. (CHUBB) | 7364-57-03 | 2026.09.30 - 2027.09.30 | $ 4,716 |
| AVTN: (NON-OWNED) - AIRCRAFT LIAB-HULL COVER ROTOR WING | NATIONAL LIABILITY & FIRE INSURANCE CO. (AIG) | SIHL1U092 | 2026.09.30 - 2027.09.30 | $ 13,542 |
| AVTN: UNMANNED AIRCRAFT SYSTEM (UAS) LIABILITY | ACE AMERICAN INSURANCE COMPANY | UAT5252256 | 2026.09.30 - 2027.09.30 | $ 24,083 |
| BTA: BUSINESS TRAVEL ACCIDENT (U.S. MASTER), UK FOS DIC | ACE AMERICAN INSURANCE COMPANY (CHUBB) | ADDN14286238 | 2026.09.30 - 2027.09.30 | $ 45,724 |
| BTA: BUSINESS TRAVEL ACCIDENT (U.S. MASTER), UK FOS DIC | CHUBB EUROPEAN GROUP LIMITED | UKBMND19281 | 2026.09.30 - 2027.09.30 | $ - |
| TECH/E&O LIABILITY | AIG SPECIALTY INSURANCE COMPANY | POLICY NUMBER PENDING | 2026.11.01 - 2027.11.01 | $ 1,018,963 |
| TECH/E&O LIABILITY EXCESS | INDIAN HARBOR INSURANCE COMPANY (AXA) | POLICY NUMBER PENDING | 2026.11.01 - 2027.11.01 | $ 276,885 |
| MGMT: DIRECTORS & OFFICERS LIABILITY PRIMARY (D&O) | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 012457439 | 2026.07.22 - 2027.07.22 | $ 601,128 |
| MGMT: D&O EXCESS 1 | CONTINENTAL CASUALTY COMPANY (CNA) | 652449442 | 2026.07.22 - 2027.07.22 | $ 352,675 |
| MGMT: D&O EXCESS 2 | GREAT AMERICAN E & S INSURANCE COMPANY | DFX1491725 | 2026.07.22 - 2027.07.22 | $ 281,599 |
| MGMT: D&O EXCESS 3 | ACE AMERICAN INSURANCE COMPANY (CHUBB) | DOX G71090656 005 | 2026.07.22 - 2027.07.22 | $ 218,035 |
| MGMT: D&O EXCESS 4 | ARCH INSURANCE COMPANY | DOX1000525-04 | 2026.07.22 - 2027.07.22 | $ 200,675 |

| | | | | | |
|---|---|---|---|---|---|
| MGMT: D&O EXCESS 5 | ALLIED WORLD SPECIALTY INSURANCE COMPANY | 313-4806 | 2026.07.22 - 2027.07.22 | $ | 142,675 |
| MGMT: D&O EXCESS 6 | LLOYD'S SYNDICATE NO. 33 (HISCOX LONDON) | FSGDO2502855 | 2026.07.22 - 2027.07.22 | $ | 101,727 |
| MGMT: D&O EXCESS 7 | MIDVALE INDEMNITY COMPANY (BOWHEAD) | ECL-008672-04 | 2026.07.22 - 2027.07.22 | $ | 120,675 |
| MGMT: D&O EXCESS 8 | OLD REPUBLIC | ORPRO 22 10005674 | 2026.07.22 - 2027.07.22 | $ | 90,675 |
| MGMT: D&O EXCESS 9 | XL SPECIALTY INSURANCE COMPANY | ELU211953-26 | 2026.07.22 - 2027.07.22 | $ | 83,675 |
| MGMT: D&O EXCESS 10 | WESTFIELD INSURANCE COMPANY | XDO-00004TY-04 | 2026.07.22 - 2027.07.22 | $ | 90,675 |
| MGMT: D&O EXCESS 11 | VANTAGE RISK LTD | P02ML0000063622 | 2026.07.22 - 2027.07.22 | $ | 104,355 |
| MGMT: D&O EXCESS 12 - SIDE A DIC | HISCOX/ACT/KI | FSGDO2603771 | 2026.07.22 - 2027.07.22 | $ | 81,171 |
| MGMT: D&O EXCESS 13 - SIDE A DIC | XL SPECIALTY INSURANCE COMPANY | ELU211954-26 | 2026.07.22 - 2027.07.22 | $ | 36,675 |
| MGMT: D&O EXCESS 14 - SIDE A DIC | CONTINENTAL CASUALTY COMPANY (CNA) | 843747173 | 2026.07.22 - 2027.07.22 | $ | 36,675 |
| MGMT: D&O EXCESS 15 - SIDE A DIC | NATIONAL UNION FIRE INS CO OF PITTSBURGH (AIG) | 012457445 | 2026.07.22 - 2027.07.22 | $ | 70,675 |
| MGMT: D&O RUN-OFF PRIMARY | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 012457439 | 2026.09.30 - 2032.09.30 | $ | 1,040,375 |
| MGMT: D&O RUN-OFF EXCESS 1 | CONTINENTAL CASUALTY COMPANY (CNA) | 652449442 | 2026.09.30 - 2032.09.30 | $ | 616,000 |

| | | | | | |
|---|---|---|---|---|---|
| MGMT: D&O RUN-OFF EXCESS 2 | GREAT AMERICAN E & S INSURANCE COMPANY | DFX1491725 | 2026.09.30 - 2032.09.30 | $ | 486,500 |
| MGMT: D&O RUN-OFF EXCESS 3 | ACE AMERICAN INSURANCE COMPANY (CHUBB) | DOX G71090656 005 | 2026.09.30 - 2032.09.30 | $ | 380,380 |
| MGMT: D&O RUN-OFF EXCESS 4 | ARCH INSURANCE COMPANY | DOX1000525-04 | 2026.09.30 - 2032.09.30 | $ | 350,000 |
| MGMT: D&O RUN-OFF EXCESS 5 | ALLIED WORLD SPECIALTY INSURANCE COMPANY | 313-4806 | 2026.09.30 - 2032.09.30 | $ | 248,500 |
| MGMT: D&O RUN-OFF EXCESS 6 | LLOYD'S SYNDICATE NO. 33 (HISCOX LONDON) | FSGDO2502855 | 2026.09.30 - 2032.09.30 | $ | 175,000 |
| MGMT: D&O RUN-OFF EXCESS 7 | MIDVALE INDEMNITY COMPANY (BOWHEAD) | ECL-008672-04 | 2026.09.30 - 2032.09.30 | $ | 210,000 |
| MGMT: D&O RUN-OFF EXCESS 8 | OLD REPUBLIC | ORPRO 22 10005674 | 2026.09.30 - 2032.09.30 | $ | 157,500 |
| MGMT: D&O RUN-OFF EXCESS 9 | XL SPECIALTY INSURANCE COMPANY | ELU211953-26 | 2026.09.30 - 2032.09.30 | $ | 145,250 |
| MGMT: D&O RUN-OFF EXCESS 10 | WESTFIELD INSURANCE COMPANY | XDO-00004TY-04 | 2026.09.30 - 2032.09.30 | $ | 157,500 |
| MGMT: D&O RUN-OFF EXCESS 11 | VANTAGE RISK LTD | P02ML0000063622 | 2026.09.30 - 2032.09.30 | $ | 181,440 |
| MGMT: D&O RUN-OFF EXCESS 12 - SIDE A DIC | HISCOX/ACT/KI | FSGDO2603771 | 2026.09.30 - 2032.09.30 | $ | 140,000 |
| MGMT: D&O RUN-OFF EXCESS 13 - SIDE A DIC | XL SPECIALTY INSURANCE COMPANY | ELU211954-26 | 2026.09.30 - 2032.09.30 | $ | 63,000 |
| MGMT: D&O RUN-OFF EXCESS 14 - SIDE A DIC | CONTINENTAL CASUALTY COMPANY (CNA) | 843747173 | 2026.09.30 - 2032.09.30 | $ | 63,000 |
| MGMT: D&O RUN-OFF EXCESS 15 - SIDE A DIC | NATIONAL UNION FIRE INS CO OF PITTSBURGH (AIG) | 012457445 | 2026.09.30 - 2032.09.30 | $ | 122,500 |

| | | | | | |
|---|---|---|---|---|---|
| MGMT: EMPLOYMENT PRACTICES LIABILITY (EPL) | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 01-602-47-22 | 2026.09.30 - 2027.09.30 | $ | 169,800 |
| MGMT: EPL EXCESS | ACE AMERICAN INSURANCE COMPANY (CHUBB) | DOX G71103547 005 | 2026.09.30 - 2027.09.30 | $ | 62,175 |
| MGMT: FIDUCIARY LIABILITY (FID) | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 01-602-47-32 | 2026.09.30 - 2027.09.30 | $ | 23,175 |
| MGMT: FIDUCIARY LIABILITY EXCESS | ACE AMERICAN INSURANCE COMPANY (CHUBB) | DOX G71103584 005 | 2026.09.30 - 2027.09.30 | $ | 17,675 |
| MGMT: CORPORATE CRIME LIABILITY (CCL) | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 01-605-01-22 | 2026.09.30 - 2027.09.30 | $ | 31,188 |
| MGMT: CORPORATE CRIME LIABILITY EXCESS | ACE AMERICAN INSURANCE COMPANY (CHUBB) | DOX G71103626 005 | 2026.09.30 - 2027.09.30 | $ | 21,409 |
| MGMT: (KIDNAP & RANSOM) | HISCOX INSURANCE COMPANY INC. | UKA3022038.26 | 2026.11.01 - 2029.11.01 | $ | 32,269 |
| FOR: FOREIGN GENERAL LIABILITY COMMERCIAL PACKAGE | GENERALI U.S. BRANCH | GGN0000631 | 2026.09.30 - 2027.09.30 | $ | 73,463 |
| CGL: GENERAL LIABILITY | GREAT NORTHERN INSURANCE CO. (CHUBB) | 3608-94-33 | 2026.09.30 - 2027.09.30 | $ | 22,248 |
| PROP: PROPERTY - (DIC) INCLUDING FOREIGN LOCATIONS | GREAT NORTHERN INSURANCE CO. (CHUBB) | 3608-94-32 | 2026.09.30 - 2027.09.30 | $ | 171,000 |
| ARTS: PROPERTY (FINE ARTS) - ALL RISK | LLOYD'S | FSSFA2500495 | 2026.09.30 - 2027.09.30 | $ | 132,000 |
| ARTS: PROPERTY (FINE ARTS) - TRIA | LLOYD'S | FSSFA2500496 | 2026.09.30 - 2027.09.30 | $ | 57,000 |
| UMB: UMBRELLA LIABILITY | FEDERAL INSURANCE COMPANY (CHUBB) | 5672-39-76 | 2026.09.30 - 2027.09.30 | $ | 30,795 |

| | | | | | |
|---|---|---|---|---|---|
| UMB: UMBRELLA LIABILITY EXCESS | THE CONTINENTAL INSURANCE COMPANY | 8033846084 | 2026.09.30 - 2027.09.30 | $ | 20,875 |
| UMB: UMBRELLA LIABILITY EXCESS | FIREMANS FUND INSURANCE COMPANY | USC043048252 | 2026.09.30 - 2027.09.30 | $ | 24,259 |
| WC: WORKERS COMP - ALL OTHER STATES (AOS) | CHUBB NATIONAL INS CO | (27) 7184-13-03 | 2026.09.30 - 2027.09.30 | $ | 81,000 |
| WC: WORKERS COMP - FOR CALIFORNIA (CA) | PACIFIC INDEMNITY CO (CHUBB) | (27) 7184-13-04 | 2026.09.30 - 2027.09.30 | $ | 30,941 |
| **TOTAL** | | | | **$** | **9,535,895** |