# Exhibit D

## Surety Bonds

| Type of Bond | Bond Issuer | Bond Number | Bond Amount | Premium | Obligee |
|---|---|---|---|---|---|
| Supersedeas / Appeal Bond | Ascot Surety & Casualty Company | SURU2210006477 | $5,947,075 | $33,898 | Daniel Berner |
| Supersedeas / Appeal Bond | Ascot Surety & Casualty Company | SURU2210006478 | $1,896,776 | $10,817 | James Lapp |
| **TOTAL** | | | **$7,843,850** | **$44,716** | |