# **Exhibit E**

## **Letter of Credit**

| Debtor | Beneficiary Name | Amount | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| GETTY IMAGES (US) INC. | 195 BROADWAY PROPERTY LLC | $769,670.00 | 6/21/2019 (as amended 10/3/2024) | 3/31/2032 | BANK OF AMERICA |