# **Exhibit B**

## Corporate Structure Chart

# Corporate Structure

Debtor Entity

