**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 (JKS) |
| Debtors. | ) | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR FIRST DAY HEARING ON OCTOBER 22, 2026 AT 3:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

**This proceeding will be conducted remotely via Zoom. Parties and witnesses are permitted, but *not* required, to appear in person. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j.-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the first day hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RELATED MATTERS**

A. Voluntary Petitions

1. Getty Images Holding, Inc., Case No. 26-11643 (JKS) (Filed October 21, 2026) [Docket No. 1]

2. Griffey Midco (DE), LLC, Case No. 26-11644 (JKS) (Filed October 21, 2026) [Docket No. 1]

3. Abe Investment Holdings, Inc., Case No. 26-11645 (JKS) (Filed October 21, 2026) [Docket No. 1]

4. Getty Images, Inc., 26-11646 (JKS) (Filed October 21, 2026) [Docket No. 1]

5. Getty Images News Services (PRC), Inc., Case No. 26-11647 (JKS) (Filed October 21, 2026) [Docket No. 1]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

6. Getty Images (US), Inc., Case No. 26-11648 (JKS) (Filed October 21, 2026) [Docket No. 1]

7. Getty Images (Seattle), Inc., 26-11649 (JKS) (Filed October 21, 2026) [Docket No. 1]

B. Declaration of Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc. and Its Debtor Subsidiaries, in Support of the Debtors' Chapter 11 Petitions (Filed October 21, 2026) [Docket No. 29]

C. Declaration of Cari Turner, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' First Day Motions (Filed October 21, 2026) [Docket No. 30]

**MATTERS GOING FORWARD**

C. First-Day Motions

1. Motion of Debtors for Entry of an Order (I) Directing the Joint Administration of Chapter 11 Cases and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 2]

   Status: This matter will be going forward.

2. Application of Debtors for Entry of an Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 4]

   Status: This matter will be going forward.

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals and (C) Serve Parties in Interest by Email; (II) Approving the Form and Manner of Service of Notices; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief (Filed October 21, 2026) [Docket No. 5]

   Status: This matter will be going forward on an interim basis.

4. Motion of Debtors for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Confirmation of the Plan; (II) Fixing Deadline to Object to Disclosure Statement and the Plan; (III) Conditionally Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Conditionally Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities and Rule 2015.3 Reports; and (VI) Granting Related Relief (Filed October 21, 2026) [Docket No. 6]

Related Documents:

a. Joint Prepackaged Chapter 11 Plan of Reorganization of Getty Images Holdings, Inc. and Its Debtor Affiliates (Filed October 21, 2026) [Docket No. 31]

b. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Getty Images Holdings, Inc. and Certain of its Affiliates (Filed October 21, 2026) [Docket No. 32]

Status: This matter will be going forward.

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 7]

Status This matter will be going forward on an interim basis.

6. Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief (Filed October 21, 2026) [Docket No. 8]

Status: This matter will be going forward on an interim basis.

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 9]

Status: This matter will be going forward on an interim basis.

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of All Trade Claims in the Ordinary Course of Business, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief (Filed October 21, 2026) [Docket No. 10]

   Status: This matter will be going forward on an interim basis.

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 11]

   Status: This matter will be going forward on an interim basis.

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of Content Contributors and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 12]

    Status: This matter will be going forward on an interim basis.

11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief (Filed October 21, 2026) [Docket No. 13]

    Status: This matter will be going forward on an interim basis.

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letter of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 14]

    Status: This matter will be going forward on an interim basis.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 15]

    Status: This matter will be going forward on an interim basis.

14. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed October 21, 2026) [Docket No. 18]

Related Documents:

a. Declaration of Mitchell (Chase) Brantley, Senior Director at Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI Granting Related Relief (Filed October 21, 2026) [Docket No. 23]

b. Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI Granting Related Relief (Filed October 21, 2026) [Docket No. 24]

Status: This matter will be going forward on an interim basis.

Dated: October 21, 2026
Wilmington, Delaware

*<u>/s/ Jack M. Dougherty</u>*
**COLE SCHOTZ P.C.**
Seth Van Aalten (*pro hac vice* pending)
Justin R. Alberto (DE Bar No. 5126)
Patrick J. Reilley (DE Bar No. 4451)
Sarah A. Carnes (*pro hac vice* pending)
Jack M. Dougherty (DE Bar No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
scarnes@coleschotz.com
jdougherty@coleschotz.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
Brian E. Schartz (*pro hac vice* pending)
Elisha D. Graff (*pro hac vice* pending)
Rachael L. Foust (*pro hac vice* pending)
Dov Gottlieb (*pro hac vice* pending)
Olivia F. Acuña (*pro hac vice* pending)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-3702
Facsimile: (212) 455-2502
Email: brian.schartz@stblaw.com
egraff@stblaw.com
rachael.foust@stblaw.com
dov.gottlieb@stblaw.com
olivia.acuna@stblaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*