**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 (JKS) |
| Debtors. | ) | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF THE SECURED AD HOC GROUP**

**PLEASE TAKE NOTICE** that the Secured Ad Hoc Group, a party in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby appears by and through its undersigned counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). PSZJ and Gibson Dunn hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the undersigned be added to the official mailing matrix and service lists in these Chapter 11 Cases. PSZJ and Gibson Dunn request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 Cases and copies of all papers served or required to be served in these Chapter 11 Cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

adversary proceeding, be given and served upon the Secured Ad Hoc Group through service upon PSZJ and Gibson Dunn at the addresses, telephone numbers, and facsimile numbers set forth below:

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
James E. O'Neill
Edward A. Corma
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

GIBSON, DUNN & CRUTCHER LLP
Scott J. Greenberg
Matthew M. Roose
Rob E. Fitzgerald
Francis Petrie
Immanuel Z. Vorbach
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 716-0798
Email: SGreenberg@gibsondunn.com
MRoose@gibsondunn.com
RFitzgerald@gibsondunn.com
FPetrie@gibsondunn.com
IVorbach@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these Chapter 11 Cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to these Chapter 11 Cases and the proceedings therein, all of which shall be sent to PSZJ and Gibson Dunn, as listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Secured Ad Hoc Group to: (a) have final orders in non-core matters entered only after de novo review by a district

court judge; (b) trial by jury in a proceeding so triable in these Chapter 11 Cases or any case, controversy, or proceeding related to these Chapter 11 Cases; (c) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) object to the jurisdiction of this Court for any purpose; (e) any election of remedy; or (f) any rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions, or defenses are expressly reserved.

Dated: October 21, 2026

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to the Secured Ad Hoc Group*

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* forthcoming)
Matthew M. Roose (*pro hac vice* forthcoming)
Rob E. Fitzgerald (*pro hac vice* forthcoming)
Francis Petrie (*pro hac vice* forthcoming)
Immanuel Z. Vorbach (*pro hac vice* forthcoming)
Telephone: (212) 351-4000
Facsimile: (212) 716-0798
SGreenberg@gibsondunn.com
MRoose@gibsondunn.com
RFitzgerald@gibsondunn.com
FPetrie@gibsondunn.com
IVorbach@gibsondunn.com

*Co-Counsel to the Secured Ad Hoc Group*