

gettyimages®

# First Day Presentation

# Getty Images Holdings, Inc., *et al.*

CHAPTER 11 CASES

October 22, 2026

United States Bankruptcy Court for the District of Delaware

Case No. 26-11643

Simpson Thacher



463933990, AFP



515612650, Bettmann




2286809915, Alex Pantling


2261244616, AzmanL

# Getty Images

| gettyimages | iStock | Unsplash |
|---|---|---|
| Flagship brand serving large corporate and media customers with creative and editorial content. | Budget-conscious creative content for small-to-medium businesses. | Free and low-cost creative stills for small-to-medium businesses, prosumers, and content creators. |

| | |
|---|---|
| **Coverage** | More than 160,000 news, sports and entertainment events each year. |
| **Content** | More than 662M images and videos, plus an archive of over 150M historical photographs. |
| **People** | Approximately 1,600 employees across 32 countries. |
| **Customer Network** | Serving over 635,000 purchasing customers, with over 2.1 billion searches annually, and websites in 23 languages. |

1496422871, Slim Aarons

# Financial Performance and Liquidity

## Historical Revenue and Adj. EBITDA[(1)]




gettyimages

gettyimages iStock. Unsplash

| LTM Q2 '26 | |
|---|---|
| Revenue | ~$978M |
| Adj. EBITDA | ~$307M |
| Adj. EBITDA Margin | 30%+ |
| Annual Active Subscribers | ~240K |
| Subscriber Revenue Retention | ~88% |
| Annual Subscriptions Revenue | ~59% |
| Liquidity | ~50M |

Source: Company data.
[1] Represents non-GAAP financial metrics.

2166627336, Stanislaw Pytel

# Circumstances Leading to Chapter 11

*The Company's current financial condition results from a series of non-operational events.*

**Warrant Litigation Judgments**

- After the 2022 de-SPAC transaction, warrant holders sued the Company in multiple lawsuits.
- In April 2026, the Company paid ~$111M in judgments, primarily using a revolver draw.
- In June 2026, an additional ~$92M judgment followed. The Company lacked the liquidity to pay it or to post a bond staying enforcement pending appeal.
- The Company negotiated a temporary standstill through October 26 for a ~$4M payment.
- Additional warrant holder cases are pending, and others could be brought.

**Failed Shutterstock Merger**

- In January 2025, the Company agreed to a merger with Shutterstock.
- The U.K. Competition and Markets Authority conditioned the deal on divesture of Shutterstock's entire editorial business.
- In July 2026, the Board unanimously agreed that it was not in the best interests of the Company to waive the "burdensome condition" and the Company terminated the merger agreement
- The Company incurred significant sunk costs from the failed merger.

**Unsustainable Capital Structure**

- The Company faces ~$239M in annual debt service on a capital structure that is over-levered.
- Cash fell from $90.2M to ~$50M as of the Petition Date.

2194200800, Marco Bottigelli

# Organizational and Capital Structure

Getty Images Holdings, Inc. (DE)
***Lead Debtor***

Griffey Midco (DE), LLC (DE)

Abe Investment Holdings, Inc.

Getty Images, Inc. (DE)

Getty Images (Seattle), Inc. (WA)

Getty Images (US), Inc. (NY)

Getty Images News Services (PRC), Inc. (DE)

| Facility / Note | Maturity | Outstanding Principal |
|---|---|---|
| Revolving Loans | 5/4/28 | $150 million |
| USD Term Loans | 2/21/30 | $40 million |
| EUR Term Loans | 2/21/30 | $464 million |
| 11.25% Secured Notes | 2/21/30 | $540 million |
| 9.75% Notes | 3/1/27 | $5 million |
| 14.00% Notes | 3/28 | $265 million |
| **Total Funded Debt** | | **~$1.46 billion** |

469262742, wundervisuals

# Path to the RSA

## A deliberate, arm's-length process with every major stakeholder.

- **Independent Oversight.** The Board, supported by advisors, carefully considered various proposals.
- **Sequenced Deal.** The Company began negotiations in July 2026 with key stakeholder groups.
  - An initial agreement in principle was reached with secured creditors in early September.
  - Further negotiations resulted in an agreement including unsecured noteholders.
- **Time Pressure Managed.** A warrant standstill and the September 30 interest payment preserved runway to finish negotiations.
- **Full Representation.** Each stakeholder group had its own legal and financial advisors.
- **RSA Signed.** On October 12, a comprehensive Restructuring Support Agreement ("RSA") was executed by the Company and holders of the Secured Funded Debt Claims, all holders of the Revolving Loan Claims, and holders of the Unsecured Notes Claims.

| | |
|---|---|
| **April – June** | $200M in warrant litigation judgments |
| **July 7** | Shutterstock merger terminated |
| **Early July** | Advisors engaged |
| **July – Aug.** | Certain stakeholders get restricted; negotiations under way |
| **Aug. 6** | Special Committees established |
| **Aug. 25** | Entry into Standstill Agreement with certain warrant plaintiffs |
| **Aug. 31** | Third-party financing outreach commences |
| **Sept. 1** | Unsecured interest payment deferred (grace period) |
| **Early Sept.** | Initial deal with Secureds |
| **Sept. 28** | Handshake deal with Unsecureds |
| **Sept. 30** | Interest paid |
| **Oct. 12** | RSA signed |
| **Oct. 20** | Solicitation commenced |
| **Oct. 21** | Chapter 11 Filing |

2299210272, Dario Belingheri

# Key Features of the RSA

*The RSA provides meaningful recoveries and preserves the Company's business relationships.*

**The RSA will reduce the Company's total funded debt by over $500M and annual interest expense by approximately $65 million.**

## Plan Sponsors (Getty Family and KED)

- Fund a cash equity investment of up to $433M.
- Includes a junior DIP of ~$113M that will be equitized on exit.
- ~$100M of EUR Term Loans equitized.
- Provide an incremental $30M of Delayed-Draw DIP loans.
- Hold 100% of new equity interests, subject to dilution only by a management incentive plan.

## The Company's Liquidity and Business

- The Company will have approximately $75M in cash on its balance sheet, and $150M New RCF undrawn.
- The Company will continue to operate in the ordinary course.
- Customer services will be uninterrupted.

## Funded Debt Creditors

- Secured Lenders are impaired and will receive new notes and term loans.
- Unsecured Noteholders receive ~$170M in cash (~$100M impairment).

## General Unsecured Creditors

- General unsecured creditors are unimpaired.

## Equity and Other Creditors

- Existing equity interests and Section 510(b) claims are cancelled.

2171105443, Klaus Vedfelt

# Proposed Case Timeline

| Event | Date* |
|---|---|
| **Commencement of Solicitation** | October 20, 2026 |
| **Petition Date** | October 21, 2026 |
| **Entry of Interim DIP Order (RSA Milestone)** | No later than 3 business days after Petition Date |
| **Entry of Final DIP Order (RSA Milestone)** | No later than 35 calendar days after Petition Date |
| **Entry of Confirmation Order (RSA Milestone)** | No later than 55 calendar days after Petition Date |
| **Plan Effective Date (RSA Milestone)** | No later than 75 calendar days after the Petition Date |

* All dates subject to Court availability and approval

2186988427, Carlo Alberto Conti

# First Day Pleadings

| ECF No. | |
|---|---|
| 23 | **Declaration of Chase Brantley in Support of DIP Motion** |
| 24 | **Declaration of Adam Preiss in Support of DIP Motion** |
| 29 | **Declaration of Craig Peters in Support of Chapter 11 Petitions** |
| 30 | **Declaration of Cari Turner in Support of First Day Pleadings** |

| ECF No. | |
|---|---|
| 2 | Joint Administration Motion |
| 18 | DIP Motion |
| 13 | Cash Management Motion |
| 14 | Prepetition Insurance and Surety Bonds Motion |
| 10 | All Trade Motion |
| 9 | Wages and Benefits Motion |
| 5 | Creditor Matrix Motion |
| 8 | Utilities Motion |
| 11 | Customer Programs Motion |
| 12 | Content Contributors Motion |
| 7 | Prepetition Taxes Motion |
| 15 | NOL Motion |
| 4 | Application to appoint Kroll as Claims and Notice Agent |
| 6 | Scheduling Motion |

Created with Generative AI by Getty Images

# Proposed Dates, Deadlines, and Rule Compliance

| Event / Deadline | Proposed Date | Applicable Rule or Local Rule | Required Minimum Period | Actual Period Provided | Compliant? (Yes / No) |
|---|---|---|---|---|---|
| **Voting Record Date** | October 9, 2026 | Fed. R. Bankr. P. 3018(b) | Date specified in solicitation | Stated in all solicitation materials | Yes |
| **Voting Deadline** | November 30, 2026, 5:00 p.m. (ET) | Fed. R. Bankr. P. 3018(b) | Not "unreasonably short" | 41 days | Yes |
| **Voting Deadline Before Combined Hearing** | November 30, 2026 | Del. Bankr. L.R. 3017-2(b)(v)(C) (benchmark; N/A to prepacks) | 10 days | 14 days | Yes |
| **Objection Deadline (Disclosure Statement, Plan, Contract Assumption, Opt-In)** | November 30, 2026, 5:00 p.m. (ET) | Fed. R. Bankr. P. 2002(b); Del. Bankr. L.R. 3017-1(a) | 28 days | 34 days (31 days for Class 10) | Yes |
| **Objection Deadline Before Combined Hearing** | November 30, 2026 | Del. Bankr. L.R. 9006-1(c)(ii) | 7 days | 14 days | Yes |
| **Initial Plan Supplement** | November 23, 2026, 11:59 p.m. (ET) | Del. Bankr. L.R. 3016-3 | 7 days before voting and objection deadlines | 7 days | Yes |
| **Publication Notice** | By November 2, 2026 | Fed. R. Bankr. P. 2002(l) | None specified | At least 28 days before Objection Deadline | N/A |
| **Voting Report** | On or about December 7, 2026 | Confirmation Schedule | None specified | 7 days before Combined Hearing | N/A |
| **Confirmation Brief, Replies, and Proposed Order** | December 9, 2026, 4:00 p.m. (ET) | Del. Bankr. L.R. 9006-1(d); 9029-3(a)(i) | 4:00 p.m. on day before agenda deadline | 3 business days before Combined Hearing | Yes |
| **Combined Hearing** | December 14, 2026 | Fed. R. Bankr. P. 3017(a), 2002(b); Del. Bankr. L.R. 3017-1(a) | 28 days (Federal Rules); 35 days (Local Rule) | 48 days (45 days for Class 10) | Yes |

2186988427, Carlo Alberto Conti

# Notices

| Party / Class | Type of Document Received | Method of Service | Approximate Service Date |
| --- | --- | --- | --- |
| **Classes 1 and 2 – Other Secured and Other Priority Claims (Unimpaired)** | Combined notice; non-voting notice; opt-in form | Email where available, otherwise mail | On or about October 27, 2026 |
| **Class 6 – General Unsecured Claims (Unimpaired)** | Combined notice; non-voting notice | Email where available, otherwise mail | On or about October 27, 2026 |
| **Class 9 – Holdings Interests (Impaired)** | Combined notice; non-voting notice; opt-in form | Email where available, otherwise mail; nominees may use customary methods | On or about October 27, 2026 |
| **Class 10 – Section 510(b) Claims, incl. Warrants (Impaired)** | Combined notice; Class 10 non-voting notice; opt-in form | Email where available, otherwise mail; nominees may use customary methods | On or about October 30, 2026 |
| **Contract and Lease Counterparties** | Combined notice (includes assumption and cure procedures and deadlines) | Served by Kroll | On or about October 27, 2026 |
| **Parties Not Otherwise Served** | Publication notice | The New York Times (national and international editions) or similar publications; case website | No later than 28 days before Objection Deadline (by November 2, 2026) |

2186988427, Carlo Alberto Conti