**Exhibit 1**
**Debtor Bank Accounts**

| Account # | Debtor Cash Management Bank | Debtor |
|---|---|---|
| 8504 | Bank of America | Getty Images (US), Inc. |
| 2513 | Bank of America | Getty Images (US), Inc. |
| 9020 | Bank of America | Getty Images (US), Inc. |
| 3011 | Bank of America | Getty Images (US), Inc. |
| 0414 | Bank of America | Getty Images, Inc. |
| 0427 | Bank of America | Getty Images, Inc. |
| 0430 | Bank of America | Getty Images, Inc. |
| 2816 | Bank of America | Getty Images, Inc. |
| 8813 | Bank of America | Getty Images, Inc. |
| 5111 | State Street | Getty Images, Inc. |
| 6442 | US Bank | Getty Images (Seattle), Inc. |
| 9339 | US Bank | Getty Images (Seattle), Inc. |
| 6434 | US Bank | Getty Images (US), Inc. |
| 1914 | US Bank | Getty Images (US), Inc. |
| 9057 | US Bank | Getty Images (US), Inc. |
| 9065 | US Bank | Getty Images (US), Inc. |
| 6173 | US Bank | Getty Images, Inc. |
| 9040 | US Bank | Getty Images, Inc. |
| TBD | Western Alliance Bank | Getty Images Holdings, Inc. |
| 8077 | Western Alliance Bank | Getty Images Holdings, Inc. |