## 3:00 PM

**26-11643-JKS Getty Images Holdings, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Olivia Acuna | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| David Adler | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Justin R. Alberto | Cole Schotz P.C. | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Nina Alessi | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Jason D. Angelo | Reed Smith LLP | | 3:00 PM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 3:00 PM | Audio Only | no |
| Kenneth J. Aulet | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Nicholas Avellan | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Phoebe Bakos | BankruptcyData | N/A - Media | 3:00 PM | Audio Only | no |
| Negisa Balluku | Bloomberg | | 3:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Sophia Bavaro | Akin Gump Strauss Hauer & Feld LLP | Unsecured Noteholders Ad Hoc Committee | 3:00 PM | Audio Only | no |
| Carl Black | Jones Day | Koch Equity Development LLC & KED Icon Holdings, L | 3:00 PM | Zoom(Video and Audio) | yes |
| Kyle W Blackmon | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Mitchell Brantley | Getty | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Philip Brendel | Bloomberg Intelligence | self | 3:00 PM | Audio Only | no |
| Robert Britton | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| Nick Buchta | Jones Day | Koch Equity Development LLC & KED Icon Holdings, L | 3:00 PM | Zoom(Video and Audio) | yes |
| Kenly Burton | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Griselda Cabrera | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Cindy Cai | Gibson, Dunn & Crutcher LLP | | 3:00 PM | Audio Only | no |
| Cameron A. Capp | Reed Smith LLP | | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Clint Michael Carlisle | Richards, Layton & Finger | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| James S. Carr | Kelley Drye & Warren LLP | U.S. Bank Trust Company, National Association | 3:00 PM | Zoom(Video and Audio) | yes |
| Andrew Carty | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Maria Chekulaeva | | | 3:00 PM | Audio Only | yes |
| Nicole Chen | | | 3:00 PM | Audio Only | no |
| Steven Church | | | 3:00 PM | Audio Only | no |
| Megan Clontz | Shipman and Goodwin LLP | Cantor Fitzgerald | 3:00 PM | Zoom(Video and Audio) | yes |
| Matthew Corcoran | Jones Day | Koch Equity Development LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Catherine Corey | | | 3:00 PM | Audio Only | no |
| Edward A. Corma | Pachulski Stang Ziehl & Jones | Getty | 3:00 PM | Zoom(Video and Audio) | yes |
| Felipe Croitoru | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Philip R. Daleo | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| James Daloia | Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Abigail Debold | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Malak Doss | Glenn Agre Bergman & Fuentes | | 3:00 PM | Audio Only | no |
| Jack M. Dougherty | Cole Schotz P.C. | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Lauren Doyle | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Ian Driggers | Alvarez & Marsal | | 3:00 PM | Audio Only | no |
| Shari Dwoskin | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Mary Elbanna | Simpson Thacher & Bartlett LLP | | 3:00 PM | Zoom(Video and Audio) | yes |
| Kristin Elliott | Kelley Drye & Warren LLP | U.S. Bank Trust Company, National Association | 3:00 PM | Zoom(Video and Audio) | yes |
| Rob Fitzgerald | Gibson Dunn | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Anne Flanagan | | | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Evan Fleck | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Taylor Fogg | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Mackenzie Foley | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Brian William Foote | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Rachael L. Foust | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Carolyn B. Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | 3:00 PM | Zoom(Video and Audio) | yes |
| Celia Frahn | Simpson Thacher & Bartlett | | 3:00 PM | Audio Only | no |
| Eric Furey | | | 3:00 PM | Audio Only | no |
| Evan M Gleason | | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| L. Katherine Good | Potter Anderson & Corroon LLP | | 3:00 PM | Zoom(Video and Audio) | yes |
| Dov Gottlieb | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Elisha D. Graff | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Scott Greenberg | Gibson Dunn | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Benjamin A. Hackman | Office of the United States Trustee | Andrew R. Vara, U.S. Trustee for Region 3 | 3:00 PM | Zoom(Video and Audio) | yes |
| Arden Ham | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Kara Hammond Coyle | YCST | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Taylor Harrison | Debtwire | | 3:00 PM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Nicholas Haughey | Alvarez & Marsal | n/a | 3:00 PM | Audio Only | no |
| Chance Hiner | | | 3:00 PM | Audio Only | yes |
| Chris Hoel | Getty Images Holdings, Inc. | Getty Images Holdings, Inc. | 3:00 PM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 3:00 PM | Audio Only | no |
| Noah Huffman | Simpson Thacher & Bartlett | Debtors | 3:00 PM | Audio Only | yes |
| Jasnoor Hundal | Brown Rudnick | Ad Hoc Group of Equity | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| | | Security Holders | | | |
| Lyden Hunsicker | | | 3:00 PM | Audio Only | yes |
| Barry Ihrke | Wilmington Trust, N.A. | | 3:00 PM | Zoom(Video and Audio) | yes |
| Roya Imani | Kroll Restructuring Administration, LLC | Kroll Restructuring Administration, LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Vincent Indelicato | | | 3:00 PM | Audio Only | no |
| Laura Davis Jones | Pachulski, Stang, Ziehl & Jones LLP | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Stephen Jones | Foley & Lardner LLP | None. Observing. | 3:00 PM | Audio Only | no |
| Hideo Kagohashi | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Unsecured Noteholders Ad Hoc Committee | 3:00 PM | Zoom(Video and Audio) | yes |
| Jeff Kaplan | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Kjelti Kellough | Getty Images | Debtor | 3:00 PM | Zoom(Video and Audio) | yes |
| Kunal Khemani | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Dietrich Knauth | Reuters | media, non-party | 3:00 PM | Audio Only | no |
| Christopher Kowalski | | | 3:00 PM | Audio Only | yes |
| Kathleen LaManna | Shipman and Goodwin LLP | Cantor Fitzgerald | 3:00 PM | Zoom(Video and Audio) | yes |
| Tess Lepeska-True | Herbert Smith Freehills Kramer | | 3:00 PM | Audio Only | no |
| Jennifer Leyden | Getty Images | Debtor | 3:00 PM | Zoom(Video and Audio) | yes |
| Jing Li | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Jessica Y. Liong | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Emily Mandell | Herbert Smith Freehills Kramer | | 3:00 PM | Audio Only | no |
| Dylan Marker | | | 3:00 PM | Audio Only | no |
| Vilka Markovic | U.S. Bank Corporate Trust Services Boston | U.S. Bank Trust Company, National Association | 3:00 PM | Zoom(Video and Audio) | yes |
| Kyle Marsh | Rothschild & Co | | 3:00 PM | Audio Only | no |
| Colin Meehan | Richards, Layton & Finger | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Andy Mezquita | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Curtis S. Miller | Morris Nichols Arsht & Tunnell | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Theresa Mistretta | Potter Anderson & Corroon | | 3:00 PM | Zoom(Video and Audio) | yes |
| Travis Mock | | | 3:00 PM | Audio Only | no |
| Nicholas Morin | Jones Day | Koch Equity Development LLC & KED Icon Holdings, L | 3:00 PM | Zoom(Video and Audio) | yes |
| Malcolm Morris | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Autumn Mueller | Morris Nichols Arsht and Tunnell | Interested party | 3:00 PM | Zoom(Video and Audio) | yes |
| Lucian Borders Murley | Akerman LLP | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Elizabeth Muzilla-Fullem | | | 3:00 PM | Audio Only | no |
| Chloe Nanfara | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| Mike Nestor | YCST | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| James E O'Neill | Pachulski Stang Ziehl & Jones LLP | Getty | 3:00 PM | Zoom(Video and Audio) | yes |
| Tyler Okada | Simpson Thacher & Bartlett LLP | | 3:00 PM | Zoom(Video and Audio) | yes |
| Beth Olivere | YCST | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Ruth Pachman | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Robert E Parker | Broadway Capital | PW Aero | 3:00 PM | Zoom(Video and Audio) | yes |
| Cecilia Perez | Herbert Smith Freehills Kramer | | 3:00 PM | Audio Only | no |
| Craig Peters | Getty | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Frances Petrie | Gibson Dunn | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Nathan Z Plotkin | Shipman and Goodwin LLP | Cantor Fitzgerald | 3:00 PM | Zoom(Video and Audio) | yes |
| Adam Preiss | Getty | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| David T Queroli | Richards, Layton & Finger | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| Naznen Rahman | Glenn Agre Bergman & Fuentes | | 3:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Michael C Rakower | Rakower Law PLLC | | 3:00 PM | Audio Only | no |
| Patrick J. Reilley | Cole Schotz P.C. | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Gary Ribe | | Self | 3:00 PM | Audio Only | no |
| Richard W. Riley | Pashman Stein Walder Hayden P.C. | Unsecured Noteholders Ad Hoc Committee | 3:00 PM | Zoom(Video and Audio) | yes |
| Matthew Roose | Gibson Dunn | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Abe Rosen | | | 3:00 PM | Audio Only | no |
| Noah Blake Roslin | Rothschild & Co. | | 3:00 PM | Audio Only | no |
| Maura I Russell | Ellenoff Grossman & Schole LLP | Daniel Berner | 3:00 PM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Anthony R Scarcella | Shipman and Goodwin LLP | Cantor Fitzgerald | 3:00 PM | Audio Only | yes |
| Brian C. Schartz | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Irv Sclussel | Aria (irv SChlussel) | Myself | 3:00 PM | Zoom(Video and Audio) | yes |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Bennet Silverberg | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Alexan Simon | Guggenheim Securities | | 3:00 PM | Zoom(Video and Audio) | yes |
| Rachael L Smiley | Shipman & Goodwin LLP | Cantor Fitzgerald Securities | 3:00 PM | Zoom(Video and Audio) | yes |
| Andrew Sole | Esopus Creek Management | Esopus Creek Management | 3:00 PM | Audio Only | yes |
| Parry D Sorensen | Rothschild & Co. | | 3:00 PM | Audio Only | no |
| Michael Stamer | Akin Gump Strauss Hauer & Feld LLP | Unsecured Noteholders Ad Hoc Committee | 3:00 PM | Zoom(Video and Audio) | yes |
| Robert Stark | Brown Rudnick | Ad Hoc Group of Equity Security Holders | 3:00 PM | Zoom(Video and Audio) | yes |
| Katherine Strauch | | Sutton Place Limited | 3:00 PM | Audio Only | no |
| Ethan Sulik | | | 3:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 3:00 PM | Audio Only | no |
| Michael Sutter | | Koch Equity Development | 3:00 PM | Audio Only | no |
| Michael Tai | N/A | N/A (Public, Columbia Law Student) | 3:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Alan C. Turner | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Cari Turner | Getty | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Seth Van Aalten | Cole Schotz P.C. | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Videoconferencing Videoconferencing | Morris Nichols Arsht & Tunnell LLP | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Immanuel Vorbach | Gibson Dunn | Getty Images Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Elliot Langdon Mortimer Walker | | | 3:00 PM | Audio Only | no |
| Thomas Walper | PM | Interested Party | 3:00 PM | Zoom(Video and Audio) | yes |
| Megan Wasson | Herbert Smith Freehills Kramer | | 3:00 PM | Audio Only | no |
| John Weber | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| John Weber | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Sutton Place Limited | 3:00 PM | Zoom(Video and Audio) | yes |
| Philip Weintraub | Kelley Drye & Warren LLP | U.S. Bank Trust Company, National Association | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Elizabeth Wiegman | | | 3:00 PM | Audio Only | no |
| Justin Winerman | BCLP | interested party | 3:00 PM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | | | 3:00 PM | Audio Only | no |
| Blanka Wolfe | | | 3:00 PM | Audio Only | no |
| Alex Xuan | Simpson Thacher & Bartlett LLP | Debtors | 3:00 PM | Zoom(Video and Audio) | yes |
| Gabrielle Yan | DLA Piper LLP (US) | DLA Piper LLP (US) | 3:00 PM | Zoom(Video and Audio) | yes |
| Edward Yao | | | 3:00 PM | Audio Only | no |
| Jonah L eber | Hain | | 3:00 PM | Zoom(Video and Audio) | yes |
| jeffrey S jeffrey | Venable llp | self | 3:00 PM | Audio Only | yes |
| margaret reiney | | | 3:00 PM | Audio Only | no |