**Exhibit 1**

**Initial Approved Budget**

**(Summary Version)**

[Attached]

**Project Oscar**
**DIP Motion Exhibit: Debtors Cash Flow**
*$MM, USD*

| Forecast Period: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week End:** | **10/24/2026** | **10/31/2026** | **11/7/2026** | **11/14/2026** | **11/21/2026** | **11/28/2026** | **12/5/2026** | **12/12/2026** | **12/19/2026** | **12/26/2026** | **1/2/2027** | **1/9/2027** | **1/16/2027** | **Total** |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Total Cash Receipts | $ 10.3 | $ 8.7 | $ 10.2 | $ 7.8 | $ 8.4 | $ 9.2 | $ 8.8 | $ 8.4 | $ 8.6 | $ 8.1 | $ 12.6 | $ 10.1 | $ 10.3 | $ 121.7 |
| Total Operating Disbursements | (26.2) | (8.1) | (9.1) | (7.0) | (27.9) | (3.5) | (7.6) | (2.6) | (20.1) | (3.2) | (3.5) | (7.3) | (3.0) | (129.2) |
| **Cash Flow from Operations** | **$ (15.9)** | **$ 0.6** | **$ 1.1** | **$ 0.9** | **$ (19.4)** | **$ 5.7** | **$ 1.2** | **$ 5.8** | **$ (11.6)** | **$ 4.9** | **$ 9.1** | **$ 2.8** | **$ 7.3** | **$ (7.5)** |
| Ch. 11 Expenses | (4.1) | - | (1.8) | - | (1.1) | - | (0.4) | - | (0.6) | - | (52.3) | - | - | (60.2) |
| Debt Service | (2.9) | - | (30.4) | - | - | - | - | - | - | - | (30.3) | - | - | (63.6) |
| Delayed Draw Uses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | **$ (7.0)** | **$ -** | **$ (32.2)** | **$ -** | **$ (1.1)** | **$ -** | **$ (0.4)** | **$ -** | **$ (0.6)** | **$ -** | **$ (82.6)** | **$ -** | **$ -** | **$ (123.8)** |
| Net Intercompany[1] | 0.7 | 0.9 | 0.1 | 0.1 | 0.1 | 0.9 | 0.1 | 0.1 | 0.1 | 0.9 | 16.8 | 0.1 | 0.1 | 21.1 |
| Interim Initial & Final DIP Loans[2] | 85.0 | - | - | - | 28.0 | - | - | - | - | - | - | - | - | 113.0 |
| **Net Cash Flow** | **$ 62.8** | **$ 1.5** | **$ (31.0)** | **$ 1.0** | **$ 7.6** | **$ 6.6** | **$ 0.9** | **$ 5.9** | **$ (12.0)** | **$ 5.8** | **$ (56.6)** | **$ 2.9** | **$ 7.4** | **$ 10.2** |
| **Beginning Cash** | **$ 23.6** | **$ 86.5** | **$ 88.0** | **$ 57.0** | **$ 58.0** | **$ 65.6** | **$ 72.2** | **$ 73.1** | **$ 79.0** | **$ 67.0** | **$ 72.8** | **$ 16.1** | **$ 19.0** | **$ 23.6** |
| Net Cash Flow | 62.8 | 1.5 | (31.0) | 1.0 | 7.6 | 6.6 | 0.9 | 5.9 | (12.0) | 5.8 | (56.6) | 2.9 | 7.4 | 2.8 |
| **Ending Cash[3]** | **$ 86.5** | **$ 88.0** | **$ 57.0** | **$ 58.0** | **$ 65.6** | **$ 72.2** | **$ 73.1** | **$ 79.0** | **$ 67.0** | **$ 72.8** | **$ 16.1** | **$ 19.0** | **$ 26.4** | **$ 26.4** |
| Memo: Funded Reserve Account | - | 8.0 | 10.7 | 13.4 | 16.1 | 18.2 | 20.3 | 22.4 | 24.5 | 26.6 | - | - | - | - |
| *Interim Initial & Final DIP Loans (Funded)* | *85.0* | *85.0* | *85.0* | *85.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* | *113.0* |
| *Delayed Draw DIP Commitment (Unfunded)* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* | *30.0* |
| ***Total DIP Facility*** | ***$ 115.0*** | ***$ 115.0*** | ***$ 115.0*** | ***$ 115.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** | ***$ 143.0*** |

1. During the forecast period there are no assumed transfers of cash from Debtors to non-Debtors
2. All proceeds of the DIP Loans will be deposited into the Segregated DIP Account and may be withdrawn only in accordance with the Approved Budget, subject to Permitted Variances, or to fund the Carve Out.
3. Ending cash includes amounts deposited in the Funded Reserve Account

**Exhibit 2**

**Control Rider**

**1. Control of the Deposit Accounts.**

(a) Upon receipt by the Segregated Account Bank of a written notice from the DIP Agent stating that it is a "Notice of Exclusive Control", the Segregated Account Bank will (i) comply with instructions originated by the DIP Agent directing disposition of the funds in the Segregated DIP Account without further consent by Borrower and (ii) cease complying with instructions originated by Borrower. For the avoidance of doubt, prior to receipt of a Notice of Exclusive Control from the DIP Agent, the Segregated Account Bank may comply with instructions received from Borrower and shall have no obligation to comply with instructions originated by the DIP Agent (other than a Notice of Exclusive Control).

(b) The Segregated Account Bank is fully entitled to rely on instructions from the DIP Agent and is under no obligation to inquire or determine whether Borrower's obligations to the DIP Secured Parties are in default or whether the DIP Agent is entitled, under any separate agreement between Borrower and the DIP Agent, to give any instructions. The Segregated Account Bank may rely on notices and instructions received hereunder which the Segregated Account Bank believes in good faith come from the appropriate party.

(c) The Debtors shall not assign or grant a security interest in the Segregated DIP Account, except to the DIP Agent in respect of the DIP Obligations, and the Debtors shall not permit the Segregated DIP Account to become subject to any other pledge, assignment, lien, charge or encumbrance of any kind, other than the DIP Liens and the Segregated Account Bank's rights and recourse to the Segregated DIP Account referred to herein.

(d) Notwithstanding anything in this Control Rider to the contrary, the Segregated Account Bank will not be liable to any party for (x) complying with any instructions or (y) completing any transactions, in each case, involving the Segregated DIP Account that the Segregated Account Bank or an affiliate thereof has received from the DIP Agent.

**2. Segregated Account Bank's Recourse to Segregated DIP Account.** The Segregated Account Bank waives any right of setoff and subordinates any security interest (except as to any security interest under UCC Section 4-210) it may now have or hereafter acquire against the Segregated DIP Account, except with respect to (a) the amount of each Unpaid Item (hereinafter defined), (b) the Segregated Account Bank's customary service charges and fees, account maintenance fees, transfer fees and out-of-pocket expenses (including, without limitation, the Segregated Account Bank's attorneys' fees) incurred by the Segregated Account Bank directly related to the Segregated DIP Account (collectively, "**Fees and Charges**"), or (c) adjustments or corrections of posting or encoding errors (each, an "**Adjustment**") ((a), (b) and (c) above being hereinafter collectively referred to as "**Permitted Debits**"). The Borrower shall pay the charges in effect from time to time of the Segregated Account Bank for the performance of the services relating to the Segregated DIP Account. If there are insufficient funds in the Segregated DIP Account for any Unpaid Items, other Permitted Debits or any other charge related to the Segregated

DIP Account, or if the Segregated Account Bank fails to receive final settlement of an Item for any reason whatsoever, then the Segregated Account Bank shall have the right to receive reimbursement therefor, without setoff, directly from Borrower, and, in the case of any Unpaid Items or Adjustments, immediately upon demand. As used herein, "**Item**" means a check, draft, money order, instrument, wire transfer of funds, automated clearing house entry, credit from a merchant card transaction, other electronic transfer of funds or other item, in each instance, deposited in or credited to the Segregated DIP Account. As used herein, "**Unpaid Item**" means the amount of an Item (i) deposited in or credited to the Segregated DIP Account, and returned unpaid or otherwise uncollected or subject to an adjustment entry, whether for insufficient funds or for any other reason, and without regard to the timeliness of the return or adjustment or the occurrence or timeliness of any other person's notice of nonpayment or adjustment, (ii) subject to a claim against the Segregated Account Bank of breach of transfer, presentment, encoding, retention or other warranty under Federal Reserve Regulations or Operating Circulars, clearing house rules, the UCC or other applicable law, or (iii) for a merchant card transaction, against which a contractual demand for chargeback has been made.