**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*, | ) | Case No. 26-11643 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**<u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>**

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned case:

| **DATE & TIME** | **LOCATION** |
|---|---|
| **December 2, 2026 at 10:30 a.m. (ET)** | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 |

**Dated: October 30th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**