**Exhibit B**
**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. __** |

**ORDER GRANTING**
**MOTION OF THE AD HOC GROUP OF**
**EQUITY SECURITY HOLDERS FOR ENTRY**
**OF AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL**
**EQUITY COMMITTEE PURSUANT TO 11 U.S.C. § 1102**

Upon the motion (the "**Motion**")[2] of the Ad Hoc Group for entry of an order appointing an official committee of the equity holders of Getty Images Holdings, Inc. (an "**Official Equity Committee**"), as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is appropriate pursuant to Bankruptcy Code Section 1102(a)(2); and it appearing that notice of the Motion has been given as

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

set forth in the Motion and that such notice is adequate under the circumstances and no other or further notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. All objections that have not been withdrawn, waived, or otherwise resolved, if any, are hereby denied or overruled on the merits with prejudice. All withdrawn objections are deemed withdrawn with prejudice.

3. The United States Trustee is directed to appoint an Official Equity Committee in these cases consisting of holders of both Getty Images' common stock and warrant claims as expeditiously as possible.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.