**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered) |

**THE AD HOC GROUP OF EQUITY SECURITY HOLDERS' NOTICE OF DEPOSITION OF CRAIG PETERS**

To: Craig Peters
c/o Brian E. Schartz
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Ad Hoc Group of Equity Security Holders, by and through its undersigned counsel, will take the deposition of **Craig Peters**, on **Monday, November 16, 2026, at 10:00 a.m. (Eastern Time)**, remotely via Zoom video conferencing, or on such other date, time, and place as mutually agreed upon by counsel.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken under oath, in the presence of a certified court reporter duly commissioned to administer oaths. The oral

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

examination will continue from day to day until completed. Testimony by the witness will be recorded by stenographic means and will be video recorded.

**PLEASE TAKE FURTHER NOTICE** that any persons wishing to attend may do so by contacting W. Lydell Benson, Jr. at wlbenson@brownrudnick.com or Oliver Xu at Oxu@brownrudnick.com by Sunday, November 15, 2026, at 12:00 p.m.

Dated: November 11, 2026

Respectfully submitted,

**AKERMAN LLP**

By: /s/ *Lucian Murley*

Lucian B. Murley (DE Bar No. 4892)
Stephen A. Smith (DE Bar No. 7456)
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com
stephen.smith@akerman.com

-and-

**BROWN RUDNICK LLP**

Robert J. Stark (*pro hac vice* forthcoming)
Jeffrey L. Jonas (*pro hac vice* forthcoming)
Bennett S. Silverberg (*pro hac vice* forthcoming)
Kenneth J. Aulet (*pro hac vice* forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
jjonas@browrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com

Sharon I. Dwoskin (*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111

Telephone: (617) 856-8200
Email: sdwoskin@brownrudnick.com

*Counsel for the Ad Hoc Group of Equity Security Holders*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that below counsel of record was served with a copy of this document (i) on November 11, 2026 via electronic mail service, and (ii) on November 13, 2026 upon below counsel and all registered electronic filers appearing in this case through the Court's CM/ECF system.

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP**<br>Brian E. Schartz<br>Elisha D. Graff<br>Rachael L. Foust<br>Dov Gottlieb<br>Olivia F. Acuña<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-3702<br>Facsimile: (212) 455-2502<br>Email: brian.schartz@stblaw.com<br>egraff@stblaw.com<br>rachael.foust@stblaw.com<br>dov.gottlieb@stblaw.com<br>olivia.acuna@stblaw.com<br><br>-and-<br><br>**COLE SCHOTZ P.C.**<br>Seth Van Aalten<br>Justin R. Alberto<br>Patrick J. Reilley<br>Sarah A. Carnes<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br>scarnes@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* | **Office of the United States Trustee**<br>Benjamin A. Hackman<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Telephone: (302) 573-6493<br>Email: benjamin.a.hackman@usdoj.gov<br>*Office of the United States Trustee* |

*/s/ Lucian B. Murley*
Lucian B. Murley