**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered) |

**THE AD HOC GROUP OF EQUITY SECURITY HOLDERS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

The Ad Hoc Group of Equity Security Holders (the "Ad Hoc Group"), by and through their undersigned counsel, files this witness and exhibit list for the hearing scheduled to begin on November 18, at 10:00 a.m. (Eastern Time) (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Judge of the United Bankruptcy Court for the District of Delaware.

**WITNESSES**

The Ad Hoc Group may call any of the following witnesses at the Hearing:

1. **Craig Peters (CEO of Getty Images Holding, Inc.)** regarding testimony concerning the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 133], *Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 1102* [Docket No. 181], and *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors To Use Cash Collateral And Obtain Postpetition Financing; (II) Granting Liens And Superpriority Administrative Expense Claims; (III) Providing Adequate*

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). They are collectively referred to here, interchangeably, as the "**Debtors**" or the "**Company**" or "**Getty Images**."

*Protection; (IV) Modifying The Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [Docket No. 18].

2. **Adam Preiss (Senior Managing Director of Guggenheim Securities, LLC** regarding testimony concerning the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 133], *Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 1102* [Docket No. 181], and *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors To Use Cash Collateral And Obtain Postpetition Financing; (II) Granting Liens And Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying The Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [Docket No. 18].

3. **Mitchell (Chase) Brantley (Senior Director at Alvarez & Marsal North America, LLC)** regarding testimony concerning the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 133], *Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 1102* [Docket No. 181], and *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors To Use Cash Collateral And Obtain Postpetition Financing; (II) Granting Liens And Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying The Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [Docket No. 18].

**4.** **Cari Turner (Managing Director at Alvarez & Marsal North America, LLC)** regarding testimony concerning the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 133], *Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 1102* [Docket No. 181], and *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors To Use Cash Collateral And Obtain Postpetition Financing; (II) Granting Liens And Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying The*

*Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [Docket No. 18].

5. Any witness called or listed by any other party; and

6. Any impeachment or rebuttal witnesses.

**EXHIBITS**

The Ad Hoc Group may offer into evidence any one or more of the following exhibits:

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **1.** | Motion of the Debtors for Entry of Interim and Final Orders Authorizing the DIP **[Dkt No. 18]** | | | | | | |
| **2.** | Declaration of Mitchell (Chase) Brantley, Senior Director at Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the DIP **[Dkt No. 23]** | | | | | | |
| **3.** | Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the DIP **[Dkt No. 24]** | | | | | | |
| **4.** | Declaration of Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc. and Its Debtor Subsidiaries, in Support of the Debtors' Chapter 11 Petitions **[Dkt No. 29]** | | | | | | |
| **5.** | Joint Prepackaged Chapter 11 Plan of Reorganization of Getty Images Holdings, Inc. and Its Debtor Subsidiaries **[Dkt No. 31]** | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **6.** | Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Getty Images Holdings, Inc. and Its Debtor Subsidiaries **[Dkt No. 32]** | | | | | | |
| **7.** | Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 **[Dkt. No. 133]** | | | | | | |
| **8.** | 06.30.2022 Getty Images Proxy Statement (SPAC) - Rule 424(b)(3) proxy statement/prospectus of CC Neuberger Principal Holdings II, for Vector Holding, LLC "(to be renamed Getty Images Holdings, Inc.)," dated June 30, 2022 | | | | | | |
| **9.** | 01.06.25 JP Morgan Fairness Opinion - Annex C to Proxy Statement | | | | | | |
| **10.** | 01.06.25 Allen and Company Fairness Opinion - Annex D to Proxy Statement | | | | | | |
| **11.** | 04.30.25 Getty Images Holdings, Inc. and Shutterstock, Inc. Joint Information Statement and Proxy Statement/Prospectus | | | | | | |
| **12.** | 10.22.26 Letter re Equity Security Holders Requesting UST Appoint an Official Equity Committee | | | | | | |
| **13.** | 10.29.26 Letter re Debtors' Response to Request for Appointment of Equity Committee | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **14.** | 10.29.26 Letter re Noteholders Response to Equity Committee Request | | | | | | |
| **15.** | 11.2.26 Reply Letter re Equity Security Holders Requesting UST Appoint an Official Equity Committee | | | | | | |
| **16.** | Ad Hoc Group of Equity Security Holders' Objection to Motion of the Debtors for Entry of Interim and Final Orders Authorizing the DIP [Docket No. 137] | | | | | | |
| **17.** | Debtors' Objection to Ad Hoc Group's Motion for Appointment of an Equity Committee **[Docket No. 181]** | | | | | | |
| **18.** | Adam Preiss Declaration in Support of Debtors' Objection to Ad Hoc Group's Motion for Appointment of an Equity Committee **[Docket No. 182]** | | | | | | |
| **19.** | 2nd Circuit Decision affirming judgment against Getty Images in Warrant Litigation: *Alta Partners, LLC v. Getty Images Holdings, Inc.*, 700 F. Supp. 3d 32, 35-38 (S.D.N.Y. 2023), aff'd, 165 F.4th 141 (2d Cir. 2026); | | | | | | |
| **20.** | State Court Decision against Getty Images in Warrant Litigation: Decision and Order on Motion, *Funicular Funds LP v. Getty Images Holdings, Inc.*, Index No. 653410/2024 (Sup. Ct. N.Y. Cnty. June 9, 2026), [NYSCEF Dkt. No. 254] | | | | | | |
| **21.** | Getty Images Holdings, Inc., Annual Report for the Fiscal | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Year Ending December 31, 2025 (Form 10-K) (Mar. 16, 2026) | | | | | | |
| **22.** | Debtors' Reply in Support of Motion of the Debtors for Entry of Interim and Final Orders Authorizing the DIP [Docket No. 184] | | | | | | |
| **23.** | Getty Images Holdings, INC., Schedule 13D (Oct. 13, 2026) – Getty Investments LLC | | | | | | |
| **24.** | Getty Images Holdings, INC., Form 8-K/A (July 7, 2026) | | | | | | |
| **25.** | Getty Images Holdings, INC., Form 8-K (Oct. 12, 2026) | | | | | | |
| **26.** | Getty Images Holdings, INC., Form 10-Q for the quarterly period ended June 30, 2026 (Aug. 10, 2026) | | | | | | |
| **27.** | Getty Images Holdings, INC., - "Cleansing Materials" Form 8-K, Ex. 99.1, 99.2 (Oct. 12, 2026) | | | | | | |
| **28.** | Getty Images Holdings, INC., Schedule 13D (Oct. 13, 2026) – Koch, Inc. | | | | | | |
| **29.** | Getty Images Holdings, INC., Schedule 14A (Aug. 28, 2026) | | | | | | |
| **30.** | Philip Brendel, Getty Images: Koch, Getty Grab Distressed Opportunity, Bloomberg Intelligence (Oct. 14, 2026) | | | | | | |
| **31.** | Getty Images Press Release Announcing the Getty/Shutterstock Merger (Jan. 7, 2025) | | | | | | |
| **32.** | Competition and Markets Authority (CMA) Press Release, 'CMA conditionally clears Getty merger with Shutterstock' (May 15, 2026) | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **33.** | Getty Images Q1 2026 earnings call transcript (May 11, 2026) | | | | | | |
| **34.** | Getty Images Q2 2026 earnings call transcript (Aug. 10, 2026) | | | | | | |
| **35.** | Franco Modigliani & Merton H. Miller, The Cost of Capital, Corporation Finance and the Theory of Investment, 48 Am. Econ. Rev. 261 (1958) | | | | | | |
| **36.** | Jared A. Ellias, Ehud Kamar & Kobi Kastiel, The Rise of Bankruptcy Directors, 95 S. Cal. L. Rev. 1083 (2022) | | | | | | |
| **37.** | Shutterstock, Inc. Stock Price History (https://stockanalysis.com/stocks/sstk/history/) | | | | | | |
| **38.** | Shutterstock, Inc., Quarterly Report on Form 10-Q for the Quarterly Period ended September 30, 2026 | | | | | | |
| **39.** | Shutterstock Reports Third Quarter 2026 Financial Results (Nov. 5, 2026) (Ex. 99.1) | | | | | | |
| **40.** | Shutterstock Reports Full Year 2025 and Fourth Quarter Financial Results (Feb. 17, 2026) (Ex. 99.1) | | | | | | |
| **41.** | Shutterstock, Inc., Annual Report on Form 10-K for the Fiscal Year ended December 31, 2022 | | | | | | |
| **42.** | Shutterstock, Inc., Annual Report on Form 10-K for the Fiscal Year ended December 31, 2023 | | | | | | |
| **43.** | Shutterstock, Inc., Annual Report on Form 10-K for the Fiscal Year ended December 31, 2024 | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **44.** | Universal Music Group N.V. Stock Price History (https://stockanalysis.com/quote/ams/UMG/history/) | | | | | | |
| **45.** | Universal Music Group N.V. Interim Financial Review for the Six Month Period Ended June 30, 2026 | | | | | | |
| **46.** | Universal Music Group N.V. Reports Financial Results for the Fourth Quarter and Full Year Ended December 31, 2025 | | | | | | |
| **47.** | Universal Music Group N.V. Reports Financial Results for the Third Quarter and Nine Months Ended September 30, 2026 | | | | | | |
| **48.** | Warner Music Group Corp. Stock Price History (https://stockanalysis.com/stocks/wmg/history/) | | | | | | |
| **49.** | Warner Music Group Corp., Quarterly Report on Form 10-Q for the Quarterly Period Ended June 30, 2026 | | | | | | |
| **50.** | Warner Music Group Corp. Reports Results for Fiscal Fourth Quarter and Full Year Ended September 30, 2025 (Nov. 20, 2025) (Ex. 99.1) | | | | | | |
| **51.** | Warner Music Group Corp. Reports Results for Fiscal Third Quarter Ended June 30, 2026 (Aug. 5, 2026) (Ex. 99.1) | | | | | | |
| **52.** | Adobe Inc. Stock Price History (https://stockanalysis.com/stocks/adbe/history/) | | | | | | |
| **53.** | Adobe Inc., Quarterly Report on Form 10-Q for the Quarterly Period Ended August 28, 2026 | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **54.** | Adobe Inc., Annual Report on Form 10-K for the Fiscal Year Ended November 28, 2025 | | | | | | |
| **55.** | Wix.com Ltd. Stock Price History (https://stockanalysis.com/stocks/wix/history/) | | | | | | |
| **56.** | Wix.com Ltd., Reports Third Quarter 2026 Results (Nov. 10, 2026) (Ex. 99.1) | | | | | | |
| **57.** | Wix.com Ltd., Annual Report on Form 20-F for the Fiscal Year Ended December 31, 2025 | | | | | | |
| **58.** | Etsy, Inc. Stock Price History (https://stockanalysis.com/stocks/etsy/history/) | | | | | | |
| **59.** | Etsy, Inc., Quarterly Report on Form 10-Q for the Quarterly Period Ended September 30, 2026 | | | | | | |
| **60.** | Fiverr International Ltd. Stock Price History (https://stockanalysis.com/stocks/fvrr/history/) | | | | | | |
| **61.** | Fiverr International Ltd. Form 144 (Sept. 1, 2026) | | | | | | |
| **62.** | Fiverr International Ltd., Announces Third Quarter 2026 Results (Oct. 29, 2026) (Ex. 99.1) | | | | | | |
| **63.** | GoDaddy Inc. Stock Price History (https://stockanalysis.com/stocks/gddy/history/) | | | | | | |
| **64.** | GoDaddy Inc., Quarterly Report on Form 10-Q for the Quarterly Period Ended September 30, 2026 | | | | | | |
| **65.** | GoDaddy Inc., Reports Fourth Quarter and Full Year 2025 | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Results (Feb. 24, 2026) (Ex. 99.1) | | | | | | |
| **66.** | Upwork Inc. Stock Price History (https://stockanalysis.com/stocks/upwk/history/) | | | | | | |
| **67.** | Upwork Inc., Quarterly Report on Form 10-Q for the Quarterly Period Ended September 30, 2026 | | | | | | |
| **68.** | Upwork Inc., Reports Fourth Quarter and Full Year 2025 Financial Results (Feb. 9, 2026) (Ex. 99.1) | | | | | | |
| **69.** | The New York Times Company Stock Price History (https://stockanalysis.com/stocks/nyt/history/) | | | | | | |
| **70.** | The New York Times Company, Quarterly Report on Form 10-Q for the Quarterly Period Ended September 30, 2026 | | | | | | |
| **71.** | The New York Times Company, Reports Fourth-Quarter and Full-Year 2025 Results (Feb. 4, 2026) (Ex. 99.1) | | | | | | |
| **72.** | Thomson Reuters Corporation Stock Price History (https://stockanalysis.com/stocks/tri/history/) | | | | | | |
| **73.** | Thomson Reuters Corporation, Management's Discussion and Analysis for the Third Quarter, 2026 (Nov. 2, 2026) (Ex. 99.1) | | | | | | |
| **74.** | Avid Technology, Inc., Schedule 14A (Sept. 15, 2023) | | | | | | |
| **75.** | Squarespace, Inc., Amended Offer Presentation (Sept. 9, 2024) | | | | | | |
| **76.** | Squarespace, Inc., Schedule 14A (2024) | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **77.** | Response of the United States Trustee to Ad Hoc Group's Motion for Appointment of an Equity Committee **[Docket No. 179]** | | | | | | |
| **78.** | GoDaddy Inc., Reports Third Quarter 2026 Results (Oct. 29, 2026) | | | | | | |
| **79.** | Shutterstock 8-K, Ex. 99.1, Q2 2026 results | | | | | | |
| **80.** | Getty Form 8-K, Ex. 99.1, Q2 2026 results | | | | | | |
| **81.** | *Berner v. Getty Images Holdings, Inc.*, 794 F. Supp. 3d 189 (S.D.N.Y. 2025) | | | | | | |
| **82.** | NYT Q3 2026 Earnings Release | | | | | | |
| **83.** | Secured Ad Hoc Group Joinder to Debtors' Objection to Motion to Appoint [Docket No. 183] | | | | | | |
| **84.** | GIM00018229 - September 2026 Getty Images Holdings, Inc., Management Presentation | | | | | | |
| **85.** | GIM00004923 - 10.07.2026 – 10.10.2026 Email chain between Russell Light (Simpson Thacher & Bartlett LLP) and Kelly Rubin (Jones Day), re: "Getty - NRLs" | | | | | | |
| **86.** | GIM00028486 - 07.21.2026 Engagement Letter among Guggenheim Securities, LLC, Getty Images Holdings, Inc., and Simpson Thacher & Bartlett LLP | | | | | | |
| **87.** | GIM00028480 - 10.11.2026 Amendment to Engagement Letter among Guggenheim Securities, LLC, Getty Images Holdings, Inc., and Simpson Thacher & Bartlett LLP | | | | | | |
| **88.** | GIM00012084 - 09.29.2026 – 10.02.2026 Email chain among | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | counsel and Guggenheim Securities, LLC, re: "Oscar - RTS [FRE 408 & SLE]” | | | | | | |
| **89.** | GIM00018466 - September 2026 Guggenheim Securities, LLC, Secured AHG Proposal Discussion Materials | | | | | | |
| **90.** | GIM00018507 - September 2026 HPS, HPS Financing Proposal – Getty Images | | | | | | |
| **91.** | GIM00018107 - 09.11.2026 Houlihan Lokey / Gibson Dunn, Getty Images AHG Proposal – Term Sheet Comparison | | | | | | |
| **92.** | Rule 2019 Statement - Secured Ad Hoc Group **[Dkt No. 102]** | | | | | | |
| **93.** | Rule 2019 Statement – Unsecured Noteholders Committee **[Dkt No. 132]** | | | | | | |
| **94.** | Any document or pleading filed in the above-captioned cases | | | | | | |
| **95.** | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| **96.** | Any exhibit identified or offered by any other party | | | | | | |

**RESERVATION OF RIGHTS**

The Ad Hoc Group of Equity Security Holders reserves the right to call or introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: November 16, 2026

Respectfully submitted

**AKERMAN LLP**

By: */s/ Lucian Murley*_______

Lucian B. Murley (DE Bar No. 4892)
Stephen A. Smith (DE Bar No. 7456)
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com
Email: stephen.smith@akerman.com

-and-

**BROWN RUDNICK LLP**

Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Andrew M. Carty (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: acarty@brownrudnick.com

Sharon I. Dwoskin (admitted *pro hac vice*
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sdwoskin@brownrudnick.com

*Counsel for the Ad Hoc Group of Equity Security Holders*

**CERTIFICATE OF SERVICE**

I, Lucian Murley, certify that on November 16, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

/s/ Lucian Murley