# EXHIBIT A

## PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered)<br><br>**Related to Document No. ___** |

**ORDER GRANTING THE MOTION OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER WAIVING LOCAL RULE 7007-2 TO PERMIT THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO EXCEED THE PAGE LIMIT REQUIREMENT FOR THE REPLY OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO OBJECTIONS TO MOTION FOR APPOINTMENT OF AN OFFICIAL EQUITY COMMITTEE PURSUANT TO 11 U.S.C. § 1102**

Upon consideration of the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Waiving Local Rule 7007-2 to Permit the Ad Hoc Group of Equity Security Holders to Exceed the Page Limit Requirement for the Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* (the "Motion")[2], the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Getty Images Holdings, Inc. (4429); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US) Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

[2] Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Ad Hoc Group is authorized to exceed the page limit prescribed by Local Rule 7007-2, with respect to the Reply, which brief shall not exceed thirty-one (31) pages.