**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 186** |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 18, 2026 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTERS

1. Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief (Filed October 21, 2026) [Docket No. 8]

   Related Document(s):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

[2] **Amendments appear in bold print.**

a. Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief (Entered November 13, 2026) [Docket No. 169]

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

Status: The Court entered the Final Order. This matter will not be going forward.

2. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 9]

Related Document(s):

a. Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Entered November 13, 2026) [Docket No. 170]

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

Status: The Court entered the Final Order. This matter will not be going forward.

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of All Trade Claims in the Ordinary Course of Business, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief (Filed October 21, 2026) [Docket No. 10]

Related Document(s):

a. Final Order (I) Authorizing Payment of All Trade Claims in the Ordinary Course of Business, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief (Entered November 13, 2026) [Docket No. 171]

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

Status: The Court entered the Final Order. This matter will not be going forward.

4. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 11]

Related Document(s):

a. Final Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief (Entered November 13, 2026) [Docket No. 172]

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

Status: The Court entered the Final Order. This matter will not be going forward.

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letter of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 14]

Related Document(s):

a. Final Order (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letter of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief (Entered November 13, 2026) [Docket No. 168]

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

Status: The Court entered the Final Order. This matter will not be going forward.

**MATTERS UNDER CERTIFICATE OF NO OBJECTION**

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals and (C) Serve Parties in Interest by Email; (II) Approving the Form and Manner of Service of Notices;

(III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief (Filed October 21, 2026) [Docket No. 5]

Related Document(s):

a. Interim Order (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals and (C) Serve Parties in Interest by Email; (II) Approving the Form and Manner of Service of Notices; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief (Entered October 22, 2026) [Docket No. 118]

b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

c. Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals and (C) Serve Parties in Interest by Email; (II) Approving the Form and Manner of Service of Notices; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief] (Filed November 13, 2026) [Docket No. 176]

**d. Final Order (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals and (C) Serve Parties in Interest by Email; (II) Approving the Form and Manner of Service of Notices; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief (Entered November 16, 2026) [Docket No. 193]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

**Status: The Court entered the Final Order. This matter will not be going forward.**

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 7]

Related Document(s):

a. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

b. Amended Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief (Entered October 27, 2026) [Docket No. 127]

c. Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief (Filed November 13, 2026) [Docket No. 175]

**d. Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief (Entered November 16, 2026) [Docket No. 195]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

**Status: The Court entered the Final Order. This matter will not be going forward.**

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief (Filed October 21, 2026) [Docket No. 13]

Related Document(s):

a. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief (Entered October 22, 2026) [Docket No. 110]

b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

c. Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to

Postpetition Intercompany Claims, and (III) Granting Related Relief (Filed November 13, 2026) [Docket No. 174]

**d. Final Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief (Entered November 16, 2026) [Docket No. 197]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)
Objection(s)/Response(s) Received: None

**Status: The Court entered the Final Order. This matter will not be going forward.**

## MATTERS UNDER CERTIFICATION OF COUNSEL

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of Content Contributors and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 12]

Related Document(s):

a. Interim Order (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of Content Contributors and (II) Granting Related Relief (Entered October 22, 2026) [Docket No. 117]

b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

c. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of Content Contributors and (II) Granting Related Relief (Filed November 13, 2026) [Docket No. 178]

**d. Final Order (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of Content Contributors and (II) Granting Related Relief (Entered November 16, 2026) [Docket No. 194]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

**Status: The Court entered the Final Order. This matter will not be going forward.**

10. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Filed October 21, 2026) [Docket No. 15]

Related Document(s):

a. Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Entered October 22, 2026) [Docket No. 119]

b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

c. Certificate of Publication of Joshua Binggeli Regarding Notice of Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Filed October 30, 2026) [Docket No. 131]

d. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Filed November 13, 2026) [Docket No. 167]

**e. Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief (Entered November 16, 2026) [Docket No. 198]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received: None

**Status: The Court entered the Final Order. This matter will not be going forward.**

**MATTERS GOING FORWARD**

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed October 21, 2026) [Docket No. 18]

Related Document(s):

a. Declaration of Mitchell (Chase) Brantley, Senior Director at Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief (Filed October 21, 2026) [Docket No. 23]

b. Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief (Filed October 21, 2026) [Docket No. 24]

c. Declaration of Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc. and Its Debtor Subsidiaries, in Support of the Debtors' Chapter 11 Petitions (Filed October 21, 2026) [Docket No. 29]

d. Declaration of Cari Turner, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' First Day Motions (Filed October 21, 2026) [Docket No. 30]

e. Interim Order (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief (Entered October 23, 2026) [Docket No. 124]

f. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed October 23, 2026) [Docket No. 125]

g. Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief (Filed November 9, 2026) [Docket No. 136]

h. Joinder of the Secured Ad Hoc Group to the Debtors' Objection to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee and Reply in Support of the DIP Motion (Filed November 14, 2026) [Docket No. 183]

i. Debtors' Reply in Support of the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain

Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed November 15, 2026) [Docket No. 184]

j. Debtors' Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 185]

k. **The Ad Hoc Group of Equity Security Holders' Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 188]**

l. **The Unsecured Noteholders Ad Hoc Committee's Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 191]**

Objection Deadline: November 10, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received:

a. Objection of the Ad Hoc Group of Equity Security Holders to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief (Filed November 10, 2026) [Docket No. 137]

Status: This matter will be going forward. The Debtors intend to offer the declarations at Debtors' Exhibits 1, 3, 4, and 5 into evidence in lieu of live direct testimony, with those witnesses available for cross-examination.

12. Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 9, 2026) [Docket No. 133]

Related Document(s):

a. Order Shortening the Notice with Respect to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Entered November 10, 2026) [Docket No. 139]

b. Debtors' Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 185]

**c. The Ad Hoc Group of Equity Security Holders' Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 188]**

**d. The Unsecured Noteholders Ad Hoc Committee's Witness and Exhibit List for Hearing Scheduled for November 18, 2026, at 10:00 A.M. (Prevailing Eastern Time) (Filed November 16, 2026) [Docket No. 191]**

**e. Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Waiving Local Rule 7007-2 to Permit the Ad Hoc Group of Equity Security Holders to Exceed the Page Limit Requirement for the Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 16, 2026) [Docket No. 196]**

Objection Deadline: November 14, 2026 at 4:00 p.m. (ET)

Objection(s)/Response(s) Received:

a. Response of the United States Trustee to Motion to Appoint Equity Committee (Filed November 13, 2026) [Docket No. 179]

b. Objection of the Unsecured Noteholders Ad Hoc Committee to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 13, 2026) [Docket No. 180]

c. Debtors' Objection to Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 14, 2026) [Docket No. 181]

d. Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC In Support of Debtors' Objection to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 14, 2026) [Docket No. 182]

e. Joinder of the Secured Ad Hoc Group to the Debtors' Objection to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee and Reply in Support of the DIP Motion (Filed November 14, 2026) [Docket No. 183]

**f. Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 (Filed November 16, 2026) [Docket No. 192]**

Status: This matter will be going forward. The Debtors intend to call Adam Preiss to provide live direct testimony and to offer the declarations of the remaining witnesses into evidence in lieu of live direct testimony, with those witnesses available for cross-examination.

Dated: November 16, 2026
Wilmington, Delaware

*/s/ Jack M. Dougherty*


**COLE SCHOTZ P.C.**
Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (DE Bar No. 5126)
Patrick J. Reilley (DE Bar No. 4451)
Sarah A. Carnes (admitted *pro hac vice*)
Jack M. Dougherty (DE Bar No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
scarnes@coleschotz.com
jdougherty@coleschotz.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
Brian E. Schartz (admitted *pro hac vice*)
Elisha D. Graff (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
Griselda Cabrera (admitted *pro hac vice*)
Dov Gottlieb (admitted *pro hac vice*)
Olivia F. Acuña (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-3702
Facsimile: (212) 455-2502
Email: brian.schartz@stblaw.com
egraff@stblaw.com
aturner@stblaw.com
rachael.foust@stblaw.com
griselda.cabrera@stblaw.com
dov.gottlieb@stblaw.com
olivia.acuna@stblaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*