**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered)<br><br>**Related to Document Nos. 192, 196**<br>**Objection Deadline: N/A**<br>**Hearing Date: N/A** |

**AD HOC GROUP OF EQUITY SECURITY HOLDERS' MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE WITH RESPECT TO THE MOTION OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER WAIVING LOCAL RULE 7007-2 TO PERMIT THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO EXCEED THE PAGE LIMIT REQUIREMENT FOR THE REPLY OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO OBJECTIONS TO MOTION FOR APPOINTMENT OF AN OFFICIAL EQUITY COMMITTEE PURSUANT TO 11 U.S.C. § 1102**

By this motion (the "Motion to Shorten"), the Ad Hoc Group of Equity Security Holders (the "Ad Hoc Group") in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors") seeks entry of an order, in substantially the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening notice with respect to the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Waiving Local Rule 7007-2 to Permit the Ad Hoc Group of Equity Security*

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Getty Images Holdings, Inc. (4429); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US) Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

*Holders to Exceed the Page Limit Requirement for the Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [D.I. 196] (the "Motion to Exceed"),[2] filed on November 16, 2026, such that the Motion to Exceed will be heard on November 18, 2026 at 10:00 a.m.[3], with an objection and reply deadline to be determined by the Court. As detailed below, the Debtors do not object to the Motion to Exceed being heard at the November 18 hearing. In support hereof, the Ad Hoc Group respectfully states as follows:

## BACKGROUND

1. On October 21, 2026 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On October 22, 2026, the Ad Hoc Group sent a letter to the Office of the United States Trustee (the "United States Trustee") requesting the appointment of an official committee of equity holders, which was also shared with Debtors' counsel and the ad hoc committee of noteholders (the "Noteholder Group"). In letters dated October 29, 2026, the Debtors and the Noteholder Group objected to this request. The Ad Hoc Group submitted a follow-up letter to the United States Trustee dated November 2, 2026 addressing the objections of the Debtors and the Noteholder Group. On November 4, 2026, the United States Trustee declined to appoint an official committee of equity holders.

2. On November 9, 2026, the Ad Hoc Group filed the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [D.I. 133] (the "Appointment Motion").

---

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion to Exceed.

[3] The caption of the Motion to Exceed erroneously includes November 17, 2026 at 10:30 a.m. as the hearing date; for the avoidance of doubt, the Ad Hoc Group intended this date and time to be November 18, 2026 at 10:00 a.m.

3. The United States Trustee filed a response in opposition to the Appointment Motion on November 13, 2026 [D.I. 179], and the Debtors and the Noteholder Group each filed objections to the Appointment Motion on November 14, 2026 [D.I. 180 and 181] (collectively, the "Objections").

4. The Ad Hoc Group filed the *Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [D.I. 192] (the "Reply") and the Motion to Exceed on November 16, 2026.

## RELIEF REQUESTED

5. By this Motion to Shorten, the Ad Hoc Group seeks entry of the Proposed Order, shortening the notice and objection periods with respect to the Motion to Exceed, such that the Motion to Exceed is heard on November 18. The Debtors do not oppose the request for the Motion to Exceed to be heard on that date.

## BASIS FOR RELIEF REQUESTED

6. Local Rule 9006-1(c)(i) states that, unless otherwise provided, "all motion papers must be filed and served . . . at least 14 days prior to the hearing date." Del. Bankr. L.R. 9006-1(c)(i). Local Rule 9006-1(c)(ii) provides that where a motion is filed and served less than 21 days prior to the hearing date, "the deadline for objection(s) is 7 days before the hearing date." Del. Bankr. L.R. 9006-1(c)(ii).

7. According to Bankruptcy Rule 9006(c), "[w]hen a rule, notice given under a rule, or court order requires or allows an act to be done within a specified time, the court may – for cause and with or without a motion or notice – reduce the time." Fed. R. Bankr. P. 9006(c)(1). Local Rule 9006-1(e) further provides that a motion may be heard on less notice than as otherwise required if authorized by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice. In exercising such discretion, the court

should "consider the prejudice to the parties entitled to notice and weigh this against the reasons for hearing the motion on an expedited basis." *In re Philadelphia Newspapers, LLC*, 690 F.3d 161, 172 (3d Cir. 2012) (noting that such motions are common in light of the "accelerated timeframe of bankruptcy proceedings"). Indeed, as stated in section 102(1) of the Bankruptcy Code, "after notice and a hearing" requires only such notice and opportunity for a hearing as may be appropriate under the circumstances. 11 U.S.C. § 102(1); *Rockwell Int'l Corp. v. Harnischfeger Indus., Inc. (In re Harnischfeger Indus., Inc.)*, 316 B.R. 616, 620 (D. Del. 2003) ("The policy of Section 102 is to permit the court flexibility, while ensuring that all parties have proper notice."). Finally, section 105(a) of the Bankruptcy Code provides that the "court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

8. Here, the Debtors seek to proceed through these chapter 11 cases at lightning speed. The Debtors filed their plan [D.I. 31] and disclosure statement [D.I. 32] on the Petition Date. The confirmation hearing is December 15, with an objection deadline of November 30. In response, the Ad Hoc Group has been forced to act promptly, filing its Appointment Motion on November 9, 2026, and its Reply and Motion to Exceed on November 16, 2026.

9. The Appointment Motion drew three complex Objections from the United States Trustee, the Debtors, and the Noteholder Group. To properly address the Objections and adequately explain its position to the Court, the Ad Hoc Group filed its thorough Reply, which was accompanied by the Motion to Exceed. In order for the Appointment Motion to be properly heard at the November 18, 2026 hearing, the Reply must be considered in its entirety, which in turn requires concurrent consideration of the Motion to Exceed.

10. For all the foregoing reasons, the Ad Hoc Group submits that cause exists to shorten the notice for a hearing on the Motion to Exceed.

**LOCAL RULE 9006-1(e) CERTIFICATION**

11. In accordance with Local Rule 9006-1(e), the undersigned certifies that a reasonable effort has been made to notify counsel to the Debtors and the United States Trustee to determine whether there would be an objection to the relief contained in this Motion to Shorten. The Debtors do not object to the Motion to Exceed being heard at the November 18 hearing. The United States Trustee takes no position on the relief contained in this Motion to Shorten.

**NOTICE**

12. Notice of this Motion to Shorten and any order entered hereon will be provided to: (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the Debtors, (iii) counsel to the Noteholder Group, and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested and the urgency of the circumstances surrounding this Motion to Shorten, the Ad Hoc Group submits that no further notice is required.

**NO PRIOR REQUEST**

13. No prior motion for the relief requested herein has been made to this Court or any other court.

WHEREFORE, the Ad Hoc Group respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief sought herein and such other and further relief as the Court may deem proper.

Dated: November 17, 2026

**AKERMAN LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
Stephen A. Smith (DE Bar No. 7456)
222 Delaware Avenue, Ste. 1710
Wilmington, DE 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com
stephen.smith@akerman.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (*pro hac vice* pending)
Bennett S. Silverberg (*pro hac vice* pending)
Kenneth J. Aulet (*pro hac vice* pending)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com

-and-

Sharon I. Dwoskin (*pro hac vice* pending)
Jeffrey L. Jonas (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sdwoskin@brownrudnick.com
jjonas@brownrudnick.com

*Counsel for the Ad Hoc Group of Equity Security Holders*

# EXHIBIT A

# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | Case No. 26-11643 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. ___** |

**ORDER SHORTENING THE NOTICE WITH RESPECT TO THE MOTION OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER WAIVING LOCAL RULE 7007-2 TO PERMIT THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO EXCEED THE PAGE LIMIT REQUIREMENT FOR THE REPLY OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS TO OBJECTIONS TO MOTION FOR APPOINTMENT OF AN OFFICIAL EQUITY COMMITTEE PURSUANT TO 11 U.S.C. § 1102**

Upon consideration of the motion (the "Motion to Shorten")[2] of the Ad Hoc Group for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1, (i) shortening the notice period with respect to the Motion to Exceed, and (ii) setting the hearing date for the Motion to Exceed; and upon consideration of the Motion to Shorten and all pleadings related thereto; and having determined that no other or further notice of the Motion to Shorten is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and having determined that this is a core

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Getty Images Holdings, Inc. (4429); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US) Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

2 All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion to Shorten, as applicable.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that the relief requested in the Motion to Shorten and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein.

2. The Motion to Exceed shall be heard on November 18, 2026 at 10:00 a.m.

3. Any responses or objections to the Motion to Exceed shall be heard at the hearing on November 18, 2026 at 10:00 a.m.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Lucian B. Murley, Esquire, hereby certify that on November 17, 2026, a copy of the *Ad Hoc Group of Equity Security Holders' Motion for Entry of an Order Shortening the Notice with Respect to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Waiving Local Rule 7007-2 to Permit the Ad Hoc Group of Equity Security Holders to Exceed the Page Limit Requirement for the Reply of the Ad Hoc Group of Equity Security Holders to Objections to Motion for Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102*, together with the proposed order, was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

Dated: November 17, 2026

**AKERMAN LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Getty Images Holdings, Inc. (4429); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US) Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

**SERVICE LIST**

Seth Van Aalten
Justin R. Alberto
Patrick J. Reilley
Sarah A. Carnes
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Email:
svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
scarnes@coleschotz.com
jdougherty@coleschotz.com

Brian E. Schartz
Elisha D. Graff
Rachael L. Foust
Dov Gottlieb
Olivia F. Acuña
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Email: brian.schartz@stblaw.com
egraff@stblaw.com
rachael.foust@stblaw.com
dov.gottlieb@stblaw.com
olivia.acuna@stblaw.com

Benjamin A. Hackman
Trial Attorney
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

John W. Weiss
David B. Stratton
Richard W. Riley
Pashman Stein Walder Hayden, P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jweiss@pashmanstein.com
dstratton@pashmanstein.com
rriley@pashmanstein.com

Michael S. Stamer
Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
mstamer@akingump.com
bkahn@akingump.com

Chance Hiner
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
chiner@akingump.com