**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully submit this Witness and Exhibit List (the "Witness and Exhibit List") identifying the individuals that the Debtors may call as witnesses and the exhibits that the Debtors may introduce into evidence at the hearing to be held on November 18, 2026, at 10:00 a.m. (ET) (the "Hearing").

**Witnesses**

The Debtors intend to offer the declarations identified as Debtors' Exhibits 1 through 5 into evidence as the witnesses' direct testimony, subject to the Court's rulings on any objections thereto. The Debtors also intend to elicit live direct testimony from Mr. Preiss and reserve the right to solicit additional live testimony from any noticed witness. All witnesses will be available in person for cross-examination at the Hearing:

1. **Adam Preiss of Guggenheim Securities, LLC**: Mr. Preiss's direct testimony concerning the contents of the *Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

24] and the *Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC in Support of Debtors' Objection to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 182] (Debtors' Exhibits 1 and 2) will be presented through Mr. Preiss's declarations at Debtors' Exhibits 1 and 2;

2. **Mitchell (Chase) Brantley of Alvarez & Marsal North America, LLC**: Mr. Brantley's direct testimony concerning the contents of the *Declaration of Mitchell (Chase) Brantley, Senior Director at Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 23] (Debtors' Exhibit 3) will be presented through Mr. Brantley's declaration at Debtors' Exhibit 3;

3. **Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc.**: Mr. Peters's direct testimony concerning the contents of the *Declaration of Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc. and Its Debtor Subsidiaries, in Support of the Debtors' Chapter 11 Petitions* [Docket No. 29] (Debtors' Exhibit 4) will be presented through Mr. Peters's declaration at Debtors' Exhibit 4;

4. **Cari Turner of Alvarez & Marsal North America, LLC**: Ms. Turner's direct testimony concerning the contents of the *Declaration of Cari Turner, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' First Day Motions* [Docket No. 30] (Debtors' Exhibit 5) will be presented through Ms. Turner's declaration at Debtors' Exhibit 5;

5. Any witness listed or called by any other party;

6. Rebuttal witnesses, as necessary; and

7. The Debtors reserve the right to cross-examine any witness called by another party.

## Exhibits

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit | Description | Docket No./ Bates No. |
| --- | --- | --- |
| 1 | Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief | D.I. 24 |
| 2 | Declaration of Adam Preiss, Senior Managing Director of Guggenheim Securities, LLC in Support of Debtors' Objection to the Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102 | D.I. 182 |
| 3 | Declaration of Mitchell (Chase) Brantley, Senior Director at Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Providing Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief | D.I. 23 |
| 4 | Declaration of Craig Peters, Chief Executive Officer of Getty Images Holdings, Inc. and Its Debtor Subsidiaries, in Support of the Debtors' Chapter 11 Petitions | D.I. 29 |
| 5 | Declaration of Cari Turner, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' First Day Motions | D.I. 30 |
| 6 | Action by Unanimous Written Consent of the Board of Directors of Getty Images, Inc., dated August 6, 2026 | GIM00028798-01 |
| 7 | Action by Unanimous Written Consent of the Board of Directors of Griffey Holdings, Inc., dated August 6, 2026 | GIM00028802-05 |
| 8 | Action by Unanimous Written Consent of the Board of Directors of Abe Investment Holdings, Inc., dated August 6, 2026 | GIM00028806-09 |
| 9 | Action by Unanimous Written Consent of the Board of Directors of Getty Images (US), Inc., dated August 6, 2026 | GIM00028810-13 |

| Exhibit | Description | Docket No./ Bates No. |
|---|---|---|
| 10 | Action by Unanimous Written Consent of the Board of Directors of Getty Images News Services (PRC), Inc., dated August 6, 2026 | GIM00028814-17 |
| 11 | Action by Unanimous Written Consent of the Board of Directors of Getty Images (Seattle), Inc., dated August 6, 2026 | GIM00028818-21 |
| 12 | Action by Unanimous Written Consent of the Board of Directors of Getty Images Holdings, Inc., dated August 7, 2026 | GIM00028822-26 |
| 13 | Resolutions Adopted at a Meeting of the Board of Directors of Getty Images Holdings, Inc., dated October 12, 2026 | GIM00028827-29 |
| 14 | Getty Images Holdings, Inc., Current Report (Form 8-K) (Oct. 1, 2026) | |
| 15 | Moody's Ratings Downgrades Getty Images' CFR To Caa1 On Weakened Liquidity, Uncertainty About Merger Prospects; Outlook Negative, Moody's (Apr. 21, 2026) | |
| 16 | Getty Images Inc. Downgraded To 'B'; Ratings Put On CreditWatch Negative Due To Weaker Cash Flow And Merger Uncertainty, S&P Global (May 19, 2026) | |
| 17 | Getty Images Inc. Downgraded To 'CCC+' On Shutterstock Merger Termination And Liquidity Concerns; Outlook Negative, S&P Global (July 2, 2026) | |
| 18 | Moody's Ratings Downgrades Getty Images' CFR To Caa3 On Delayed Note Interest Payments, Weakened Liquidity; Outlook Negative, Moody's (Sept. 2, 2026) | |
| 19 | Getty Images Inc. Rating Lowered To 'CCC', Ratings Placed On CreditWatch Negative On Missed Interest Payment, S&P Global (Sept. 3, 2026) | |
| | Any document or pleading filed in the above-captioned cases | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | Any exhibit identified or offered by any other party | |

**Reservation of Rights**

The Debtors reserve all rights, including, without limitation, the right to amend, revise or supplement this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call any person identified as a witness by any other party or introduce any document identified as an exhibit by any other party, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal or in response to witnesses or evidence offered by any other party.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 17, 2026
Wilmington, Delaware

*/s/ Jack M. Dougherty*

**COLE SCHOTZ P.C.**
Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (DE Bar No. 5126)
Patrick J. Reilley (DE Bar No. 4451)
Sarah A. Carnes (admitted *pro hac vice*)
Jack M. Dougherty (DE Bar No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
scarnes@coleschotz.com
jdougherty@coleschotz.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
Brian E. Schartz (admitted *pro hac vice*)
Elisha D. Graff (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
Griselda Cabrera (admitted *pro hac vice*)
Dov Gottlieb (admitted *pro hac vice*)
Olivia F. Acuña (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-3702
Facsimile: (212) 455-2502
Email: brian.schartz@stblaw.com
egraff@stblaw.com
aturner@stblaw.com
rachael.foust@stblaw.com
griselda.cabrera@stblaw.com
dov.gottlieb@stblaw.com
olivia.acuna@stblaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*