**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GETTY IMAGES HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11643 (JKS)<br><br>(Jointly Administered) |

**THE AD HOC GROUP OF EQUITY SECURITY HOLDERS' SUPPLEMENTAL WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

The Ad Hoc Group of Equity Security Holders (the "Ad Hoc Group"), by and through their undersigned counsel, files this supplemental witness and exhibit list ("Supplemental Witness and Exhibit List") for the hearing scheduled to begin on November 18, at 10:00 a.m. (Eastern Time) (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Judge of the United Bankruptcy Court for the District of Delaware. The exhibits on this Supplemental Witness and Exhibit List are being offered in addition to those witness and exhibits set forth on the *Ad Hoc Group of Equity Security Holders' Witness and Exhibit List for Hearing Scheduled for November 18, 2026 at 10:00am* [Dkt. No. 191] ("Witness and Exhibit List").

**EXHIBITS**

The Ad Hoc Group may offer into evidence any one or more of the following exhibits:

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). They are collectively referred to here, interchangeably, as the "**Debtors**" or the "**Company**" or "**Getty Images**."

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **94.** | Cari Turner Declaration in Support of First Day Motions **[Dkt. No. 30]** | | | | | | |
| **95.** | Getty Images Holdings, INC., Form 10-Q for the quarterly period ended September 30, 2026 (Nov. 16, 2026) | | | | | | |
| **96.** | GIM00023487 – 09.28.2026 – 09.29.2026 Email Chain between Brian Schartz (Simpson Thacher & Bartlett LLP) and Evan Fleck (Milbank) re "Getty – RCF lender response" | | | | | | |
| **97.** | Ad Hoc Group's Response to Objection **[Docket No. 192]** | | | | | | |
| **98.** | Objection of the Unsecured Noteholders Ad Hoc Committee to Ad Hoc Group's Motion for Appoint **[Docket No. 180]** | | | | | | |
| **99.** | GIM00028798 – 08.06.2026 Board Written Consent of Getty Images, Inc. on Establishment of Special Committee | | | | | | |
| **100.** | GIM00028802 - 08.06.2026 Board Written Consent of Griffey Holdings, Inc. on Establishment of Special Committee | | | | | | |
| **101.** | GIM00028806 – 08.06.2026 Board Written Consent of Abe Investment Holdings, Inc. on Establishment of Special Committee | | | | | | |
| **102.** | GIM00028810 - 08.06.2026 Board Written Consent of Getty Images (U.S.), Inc. on Establishment of Special Committee | | | | | | |
| **103.** | GIM00028814 – 08.06.2026 Getty Images News Services | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | (PRC) on Establishment of Special Committee | | | | | | |
| **104.** | GIM00028818 - 08.06.2026 Board Written Consent of Getty Images(Seattle), Inc. on Establishment | | | | | | |
| **105.** | GIM00028822 – 08.04.2026 (Signed) Board Written Consent of Getty Images Holdings, Inc. on Establishment of the Special Committee | | | | | | |
| **106.** | GIM00028827 - Resolutions Adopted at a Meeting of the Board of Directors of Getty Images Holdings, Inc., dated October 12, 2026 | | | | | | |
| **107.** | Ad Hoc Group's First Request for Production to the Debtors | | | | | | |
| **108.** | Getty Images Holdings, Inc. (GETY.Q) Stock Price History (Jan. 2, 2024 – Nov. 13, 2026) | | | | | | |
| **109.** | U-Haul Holding Company / AMERCO (UHAL) Stock Price History (Mar. 15, 2004 – Mar. 15, 2005) | | | | | | |
| **110.** | Eastman Kodak Company (KODK) Stock Price History (Sept. 23, 2013 – Sept. 23, 2014) | | | | | | |
| **111.** | Peabody Energy Corporation (BTU) Stock Price History (Apr. 3, 2017 – Apr. 3, 2018) | | | | | | |
| **112.** | SandRidge Energy, Inc. (SD) Stock Price History (Oct. 4, 2016 – Oct. 4, 2017) | | | | | | |
| **113.** | PG&E Corporation (PCG) Stock Price History (July 1, 2020 – July 1, 2021) | | | | | | |
| **114.** | Garrett Motion Inc. (GTX) Stock Price History (Apr. 30, 2021 – May 2, 2022) | | | | | | |

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| **115.** | Wolfspeed, Inc. (WOLF) Stock Price History (Sept. 29, 2025 – Sept. 29, 2026) | | | | | | |
| **116.** | Ambac Financial Group, Inc. Stock Price History (May 3, 2013 – May 5, 2014) | | | | | | |
| **117.** | Expand Energy Corporation / Chesapeake Energy Corporation (EXE) Stock Price History (Feb. 10, 2021 – Feb. 10, 2022) | | | | | | |
| **118.** | History of National Gypsum Company (History of National Gypsum Company – FundingUniverse) | | | | | | |
| **119.** | *Stuart C. Gilson, Investing in Distressed Situations: A Market Survey*, Fin. Analysts J., Nov.–Dec. 1995 | | | | | | |
| **120.** | DIP Budget **[Dkt. No. 18-1]** | | | | | | |
| **121.** | Any document or pleading filed in the above-captioned cases | | | | | | |
| **122.** | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| **123.** | Any exhibit identified or offered by any other party | | | | | | |

**RESERVATION OF RIGHTS**

The Ad Hoc Group of Equity Security Holders reserves the right to call or introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: November 17, 2026

Respectfully submitted

**AKERMAN LLP**

By: */s/ Stephen A. Smith*____________

Lucian B. Murley (DE Bar No. 4892)
Stephen A. Smith (DE Bar No. 7456)
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com
Email: stephen.smith@akerman.com

-and-

**BROWN RUDNICK LLP**

Robert J. Stark (*pro hac vice* filed)
Bennett S. Silverberg (*pro hac vice* filed)
Kenneth J. Aulet (*pro hac vice* filed)
Jeffrey L. Jonas (*pro hac vice* filed)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: jjonas@brownrudnick.com

Sharon I. Dwoskin (*pro hac vice* filed)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sdwoskin@brownrudnick.com

*Counsel for the Ad Hoc Group of Equity Security Holders*

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

/s/ *Stephen A. Smith*
Stephen A. Smith