# EXHIBIT B

**From:** Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Sent:** Wednesday, November 11, 2026 1:25 PM
**To:** aturner@stblaw.com
**Cc:** Acuna, Olivia <Olivia.Acuna@stblaw.com>; Foust, Rachael <Rachael.Foust@stblaw.com>; Gottlieb, Dov <Dov.Gottlieb@stblaw.com>; Schartz, Brian <Brian.Schartz@stblaw.com>; Dougherty, Jack <JDougherty@coleschotz.com>; Van Aalten, Seth <SVanAalten@coleschotz.com>; Carnes, Sarah <SCarnes@coleschotz.com>; Reilley, Patrick <PReilley@coleschotz.com>; Stark, Robert J. <RStark@brownrudnick.com>; Silverberg, Bennett S. <BSilverberg@brownrudnick.com>; maxwell.hanamirian@akerman.com; Dwoskin, Shari I. <SDwoskin@brownrudnick.com>; Liong, Jessica Y. <JLiong@brownrudnick.com>; Carty, Andrew M. <ACarty@brownrudnick.com>; Hundal, Jasnoor <JHundal@brownrudnick.com>; stephen.smith@akerman.com; reyko.delpino@akerman.com; Getty_CS <Getty_CS@coleschotz.com>; Griselda.Cabrera@stblaw.com; egraff@stblaw.com; Alberto, Justin (JAlberto@coleschotz.com) <JAlberto@coleschotz.com>
**Subject:** Getty

Alan, Thank you for the call a short while ago to discuss this matter including our upcoming hearings next Wednesday. We confirmed that this would not be a valuation trial (ie, there will be no expert testimony re valuation). I appreciate you (and others) letting us know that the parties opposing our motion for an equity committee will be filing only one additional declaration although you were not prepared to tell us who this declarant is. Accordingly, as discussed on our call, we feel compelled to notice depositions for Monday of the Debtors' first day declarant (CEO) and of a 30(b)(6) witness. We reserve the right to withdraw these notices and/or notice the Debtors' additional declarant, of course, depending on who this is. Jasnoor will send over these notices and a document production request later today. I also want to confirm that all declarants (that is, for all declarations filed prior to Wednesday's hearings whether in connection with the motion for an equity committee, the DIP motion or otherwise) will be available next Wednesday for cross-examination. As we discussed, we suggest that

the motion for equity committee and DIP motion be taken up together both by way of evidence and argument. Please let me know if you agree in this regard. Please feel free to call me at anytime to discuss these matters, my cell is [redacted]. Thank you. Jeff

brownrudnick

Jeffrey L. Jonas, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Direct: 212-209-4804
Cell: [redacted]