**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | Case No. 26-11643 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 205 and 206** |

**ORDER SHORTENING THE NOTICE WITH RESPECT TO THE MOTION IN LIMINE OF THE AD HOC GROUP OF EQUITY SECURITY HOLDERS (I) TO EXCLUDE THE EXPERT VALUATION OPINIONS IN THE DECLARATION OF ADAM PREISS; AND (II) FOR AN ADVERSE INFERENCE REGARDING NOTEHOLDER NEGOTIATIONS**

Upon consideration of the motion (the "Motion to Shorten")[2] of the Ad Hoc Group for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1, (i) shortening the notice period with respect to the Motion in Limine, and (ii) setting the hearing date for the Motion in Limine; and upon consideration of the Motion to Shorten and all pleadings related thereto; and having determined that no other or further notice of the Motion to Shorten is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and having determined that this is a core

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Getty Images Holdings, Inc. (4429); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US) Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion to Shorten, as applicable.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that the relief requested in the Motion to Shorten and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein.

2. The Motion in Limine shall be heard on November 18, 2026 at 10:00 a.m.

3. Any responses or objections to the Motion in Limine shall be heard at the hearing on November 18, 2026 at 10:00 a.m.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: November 18th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**