**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| `GETTY IMAGES HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-11643 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF BENCH RULING SCHEDULED FOR**
**NOVEMBER 20, 2026 AT 4:00 P.M. (PREVAILING EASTERN TIME)**

**This proceeding will be conducted remotely via Zoom.**

**Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**

**Registration is required by 3:00 p.m. (prevailing Eastern Time) on November 20, 2026 unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

Pursuant to the Court's direction, a bench ruling regarding the *Motion of the Ad Hoc Group of Equity Security Holders for Entry of an Order Directing the Appointment of an Official Equity Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 133], will be held **via Zoom**, on **November 20, 2026, at 4:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

Dated: November 20, 2026
Wilmington, Delaware

*/s/ Justin R. Alberto*

**COLE SCHOTZ P.C.**
Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (DE Bar No. 5126)
Patrick J. Reilley (DE Bar No. 4451)
Sarah A. Carnes (admitted *pro hac vice*)
Jack M. Dougherty (DE Bar No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
scarnes@coleschotz.com
jdougherty@coleschotz.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
Brian E. Schartz (admitted *pro hac vice*)
Elisha D. Graff (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
Griselda Cabrera (admitted *pro hac vice*)
Dov Gottlieb (admitted *pro hac vice*)
Olivia F. Acuña (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-3702
Facsimile: (212) 455-2502
Email: brian.schartz@stblaw.com
egraff@stblaw.com
aturner@stblaw.com
rachael.foust@stblaw.com
griselda.cabrera@stblaw.com
dov.gottlieb@stblaw.com
olivia.acuna@stblaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*